IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| EDWARD SNOWDEN, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| MACMILLAN PUBLISHERS INC., *et al.*, ) | |
| ) | |
| Relief-Defendants. ) | |
| ) | |

# Exhibit B:

# CIA Security Exit Form

*Classify as Appropriate*

# SECURITY EXIT FORM

**NAME (Last, First, M.I.)** Snowden, Edward J.

**MAILING ADDRESS**

**TELEPHONE NUMBER (Include Area Code)**

**TITLE, GRADE, DIRECTORATE / OFFICE**

**SEPARATION STATUS:**

**PLEASE CHECK ITEMS TO BE TURNED IN:**

**PLEASE CHECK ACCESSES:**

**REASON FOR LEAVING:**
- [ ] RETIRE
- [✓] RESIGN
- [ ] LWOP
- [ ] LWP
- [ ] MATERNITY
- [ ] ESP
- [ ] DETAILEE
- [ ] WAE
- [ ] OTHER - *SPECIFY:*

**EFFECTIVE DATE:** 16 APR 2009

**EXPECTED DATE OF RETURN:**

1) I understand that the Secrecy Agreement executed upon my entrance-on-duty (EOD) requires the obligation to protect classified information, sources, and methods against unauthorized disclosure after my separation from Agency employment.

2) I am advised that all information received and compiled while employed with the Agency is official and is the property of the U.S. Government forever and no employee or former employee has any property right to such material.

3) I give my assurance that there is no classified material in my possession, custody, or control at this time.

4) I am instructed that classified information pertaining to intelligence operations, sources, and methods specific to the Agency may not be divulged, without authorization of the Director of Central Intelligence or designee, to any persons, even though they possess a security clearance within their own organization.

5) I am advised on Headquarters policy regarding nonofficial publication and presentation by employees and former employees.

6) I am responsible to notify and obtain approval from the CIA of any intelligence-related information that needs to be disclosed to a legal/court official prior to its disclosure.

7) I am informed that should any question arise on security matters, I may communicate with the Agency for assistance.

**EMPLOYEE SIGNATURE** [signed]

**DATE** 16 APR 2009

**WITNESS SIGNATURE**

**PRINTED NAME**

**DATE** 16 APR 2009

*Classify as Appropriate*

**FORM** 4-97 **1099 (EF)** PREVIOUS EDITION OBSOLETE