IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. |
| | ) |
| EDWARD SNOWDEN, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| MACMILLAN PUBLISHERS INC., *et al.*, | ) |
| | ) |
| Relief-Defendants. | ) |
| | ) |

# Exhibit D:

# CIA Regulation

UNCLASSIFIED//AIUO

**(U) Disseminating or sharing any part of this document outside CIA must comply with AR 10-16.**

# AR 13-10 (U//AIUO) Agency Prepublication Review of Certain Material Prepared for Public Dissemination (Formerly AR 6-2)

DDI - Agency Regulation Series 13 (Special Reporting Requirements/Restrictions) Published on 25 June 2011

## Revision Summary

(U//AIUO)  AR 13-10, (U//AIUO)  *Agency Prepublication Review of Certain Material Prepared for Public Dissemination*, is being administratively revised to reflect the title changes from Associate Deputy Director of the CIA (ADD/CIA) to Chief Operating Officer (COO), effective 1 June 2017.

## Regulation Summary

(U//AIUO)  This regulation sets forth CIA policies and procedures for the submission and review of material proposed for publication or public dissemination by current and former employees and contractors and other individuals obligated by the CIA secrecy agreement to protect from unauthorized disclosure certain information they obtain as a result of their contact with the CIA. This regulation applies to all forms of dissemination, whether in written, oral, electronic, or other forms, and whether intended to be an official or nonofficial (that is, personal) publication.

## I.    (U) Authorities

(U//AIUO)  The National Security Act of 1947, as amended, the Central Intelligence Agency (CIA) Act of 1949, as amended, and Executive Order 12333, as amended, require the protection of intelligence sources and methods from unauthorized disclosure. Executive Order 13526, requires protection of classified information from unauthorized disclosure. 18 U.S.C. section 209 prohibits a federal employee from supplementation of salary from any source other than the U.S. Government as compensation for activities related to the employee's service as a Government employee. The Standards of Ethical Conduct for Employees of the Executive Branch (5 C.F.R. 2635) are the Government-wide ethics regulations that govern Federal employees. Those regulations include restrictions on outside activities and compensation for teaching, speaking, and writing related to official duties. In Snepp v. U.S., 444 U.S. 507 (1980), the Supreme Court held that individuals who have been authorized access to CIA information, the public disclosure of which could harm the national security, hold positions of special trust and have fiduciary obligations to protect such information. These obligations are reflected in this regulation and in CIA secrecy agreements.

UNCLASSIFIED//AIUO

## II.   (U) Policy

A.   (U) General Requirements and Definitions

1.   (U//AIUO) The CIA requires all current and former Agency employees and contractors, and others who are obligated by CIA secrecy agreement, to submit for prepublication review to the CIA's Publications Review Board (PRB) all intelligence-related materials intended for publication or public dissemination, whether they will be communicated in writing, speeches, or any other method; and whether they are officially sanctioned or represent personal expressions, except as noted below.

2.   (U//AIUO) The purpose of prepublication review is to ensure that information damaging to the national security is not disclosed inadvertently; and, for current employees and contractors, to ensure that neither the author's performance of duties, the Agency's mission, nor the foreign relations or security of the U.S. are adversely affected by publication.

3.   (U//AIUO) The prepublication review requirement does not apply to material that is unrelated to intelligence, foreign relations, or CIA employment or contract matters (for example, material that relates to cooking, stamp collecting, sports, fraternal organizations, and so forth).

4.   (U//AIUO) Agency approval for publication of nonofficial, personal works (including those of current and former employees and contractors and covered non-Agency personnel) does not represent Agency endorsement or verification of, or agreement with, such works. Therefore, consistent with cover status, authors are required, unless waived in writing by the PRB, to publish the following disclaimer:

"All statements of fact, opinion, or analysis expressed are those of the author and do not reflect the official positions or views of the Central Intelligence Agency (CIA) or any other U.S. Government agency. Nothing in the contents should be construed as asserting or implying U.S. Government authentication of information or CIA endorsement of the author's views. This material has been reviewed by the CIA to prevent the disclosure of classified information."

5.   (U//AIUO) Those who are speaking in a nonofficial capacity must state at the beginning of their remarks or interview that their views do not necessarily reflect the official views of the CIA.

6.   (U) A nonofficial or personal publication is a work by anyone who has signed a CIA secrecy agreement (including a current and former employee or contractor), who has prepared the work as a private individual and who is not acting in an official capacity

UNCLASSIFIED//AIUO

for the Government.

7.  (U) An official publication is a work by anyone who has signed a CIA secrecy agreement, (including a current employee or contractor), such as an article, monograph, or speech, that is intended to be unclassified and is prepared as part of their official duties as a Government employee or contractor acting in an official capacity.

8.  (U) "Publication" or "public dissemination" in this context means:

    a.  (U) for nonofficial (that is, personal) works -- communicating information to one or more persons; and

    b.  (U) for official works -- communicating information in an unclassified manner where that information is intended, or is likely to be, disseminated to the public or the media.

9.  (U//AIUO) Covered non-Agency personnel means individuals who are obligated by a CIA secrecy agreement to protect from unauthorized disclosure certain information they obtain as a result of their contact with the CIA.

B.  (U//AIUO) The Publications Review Board

1.  (U//AIUO) The PRB is the Agency body charged with reviewing, coordinating, and formally approving in writing all proposed nonofficial, personal publications that are submitted for prepublication. It is also responsible for coordinating the official release of certain unclassified Agency information to the public. The Board consists of a Chair and senior representatives from the Director of CIA Area, the Directorate of Operations (DO), the Directorate of Support, the Directorate of Science and Technology, and the Directorate of Analysis. There is a nonvoting Executive Secretary and the Office of General Counsel (OGC) provides a nonvoting legal advisor.

2.  (U//AIUO) The PRB shall adopt and implement all lawful measures to prevent the publication of information that could damage the national security or foreign relations of the U.S. or adversely affect the CIA's functions or the author's performance of duties, and to ensure that individuals given access to classified information understand and comply with their contractual obligations not to disclose it. When the PRB reviews submissions that involve the equities of any other agency, the PRB shall coordinate its review with the equity-owning agency.

3.  (U//AIUO) The PRB Chair is authorized unilaterally to represent the Board when disclosure of submitted material so clearly would not harm national security that

UNCLASSIFIED//AIUO

additional review is unnecessary or when time constraints or other unusual circumstances make it impractical or impossible to convene or consult with the Board. The Chair may also determine that the subject of the material is so narrow or technical that only certain Board members need to be consulted.

4. (U//AIUO) During the course of PRB deliberations, the views of the equity-owning Board member regarding damage to national security and appropriateness for publication will be given great weight. In the event the PRB Chair and other Board members disagree as to whether the publication of information could damage the national security or if the Studies in Intelligence Editorial Board Chair disagrees with a PRB decision under section F 2 below that an article is inappropriate for publication, the PRB Chair, or Director of the Center for the Study of Intelligence, will have 15 days to raise the issue to the Chief, Information Management Staff for review, highlighting the equity-owner's concerns. If no resolution is reached at that level, the C/IMS will have 15 days to raise the matter to the Chief Operating Officer (COO) of the Central Intelligence Agency for a final decision. When there is a disagreement whether information should be approved for publication, it will not be so approved until the issue is resolved by the C/IMS or the COO. However, if the issue is not raised to the C/IMS or the COO within the applicable time limits, the views of the equity-owning Board member will be adopted as the decision of the PRB (or in those cases where the Studies in Intelligence Editorial Board Chair disagrees with the PRB decision and the issue is not raised within applicable time limits, the PRB decision will be final).

C. (U//AIUO) Contacting the PRB

1. (U) Former employees and contractors and other covered non-Agency personnel must submit covered nonofficial (personal) materials intended for publication or public dissemination to the PRB by mail, fax, or electronically as follows:

For U.S. Mail:

CIA Publications Review Board

Washington, DC 20505

(U) For Overnight Delivery (for example, FedEx, UPS, and so forth):

UNCLASSIFIED//AIUO

Facsimile: _____

Email: _____

Phone: _____

2.      (U)  Current employees and contractors must submit covered nonofficial and official materials intended for publication or public dissemination to the PRB by mail, fax, or electronically as follows:

Internal Mail: _____

Classified Facsimile: _____

Email: Lotus Note to: _____

Secure Phone: _____

3.      (U//AIUO)  Current employees and contractors intending to publish or speak on a nonofficial, personal basis must also complete and submit to the PRB an electronic cover memorandum identifying their immediate supervisor or contracting officer. The PRB will notify the appropriate Agency manager or contracting officer, whose concurrence is necessary for publication.

4.      (U//AIUO)  Review Timelines. As a general rule, the PRB will complete prepublication review for nonofficial publications within 30 days of receipt of the material. Relatively short, time-sensitive submissions (for example, op-ed pieces, letters to the editor, and so forth) will be handled as expeditiously as practicable. Lengthy or complex submissions may require a longer period of time for review, especially if they involve intelligence sources and methods issues. Authors are strongly encouraged to submit drafts of completed works, rather than chapters or portions of such works.

D.      (U) What is Covered

1.      (U//AIUO)  Types of Materials. The prepublication review obligation applies to any written, oral, electronic, or other presentation intended for publication or public dissemination, whether personal or official, that mentions CIA or intelligence data or activities or material on any subject about which the author has had access to

UNCLASSIFIED//AIUO

classified information in the course of his employment or other contact with the Agency. The obligation includes, but is not limited to, works of fiction; books; newspaper columns; academic journal articles; magazine articles; resumes or biographical information on Agency employees (submission to the PRB is the exclusive procedure for obtaining approval of proposed resume text); draft Studies in Intelligence submissions (whenever the author is informed by the Studies editor that the draft article is suitable for Studies Editorial Board review); letters to the editor; book reviews; pamphlets; scholarly papers; scripts; screenplays; internet blogs, e-mails, or other writings; outlines of oral presentations; speeches; or testimony prepared for a Federal or state or local executive, legislative, judicial, or administrative entity; and Officers in Residence (OIRs) speeches and publications (although oral and written materials prepared by OIRs exclusively for their classroom instructional purposes are not covered, OIRs must take particular care to ensure that any anecdotes or other classroom discussions of their Agency experiences do not inadvertently reveal classified information). Materials created for submission to the Inspector General and/or the Congress under the Whistleblower Protection Act and CIA implementing regulations are nonofficial, personal documents when they are initially created and the author is entitled to seek a review by the PRB to determine if the materials contain classified information and, if so, the appropriate level of classification of the information. If, at any point during or after the whistleblower process, the author wishes to disseminate his whistleblower complaint to the public, the author must submit his complaint to the PRB for full prepublication review under this regulation. If the author is a current employee or contractor who intends to disseminate his whistleblower complaint to the public, the author must also obtain PRB review of his materials under paragraph F below.

2.     (U//AIUO)  Review of Draft Documents. Written materials of a nonofficial, personal nature covered by the regulation must be submitted to the PRB at each stage of their development before being circulated to publishers, editors, literary agents, co-authors, ghost writers, reviewers, or the public (that is, anyone who does not have the requisite clearance and need-to-know to see information that has not yet been reviewed, but may be classified). This prepublication review requirement is intended to prevent comparison of different versions of such material, which would reveal the items that the Agency has deleted. For this reason, PRB review of material only after it has been submitted to publishers, reviewers, or other outside parties violates the author's prepublication review obligation. The Agency reserves the right to conduct a post-publication review of any such material in order to take necessary protective action to mitigate damage caused by such a disclosure. Such post-publication review and action does not preclude the U.S. Government or the CIA from exercising any other legal rights otherwise available as a result of this prepublication violation.

UNCLASSIFIED//AIUO

Additionally, the Agency reserves the right to require the destruction or return to CIA of classified information found to have been included in earlier versions of a work regardless of the form of the media involved (for example, paper, floppy disk, hard disk, or other electronic storage methods).

3.    (U)  Public Presentations.

   a.      (U)  With respect to current and former employees and contractors and covered non-Agency personnel making intelligence-related speeches, media interviews, or testimony, they must submit all notes, outlines, or any tangible preparatory material to the PRB for review. Where no written material has been prepared specifically in contemplation of the speech, interview, or oral testimony, the individual must contact the PRB Chair or his representative to provide a summary of any and all topics that it is reasonable to assume may be discussed, and points that will or may be made. Unprepared or unrehearsed oral statements do not exempt an individual from possible criminal liability in the event they involve an unauthorized disclosure of classified information.

   b.      (U)  In addition, with respect to current employees and contractors making official or nonofficial oral intelligence-related statements to the media or to groups where the media will likely be in attendance, prior to granting interviews or making public appearances, the speaker shall contact the PRB for guidance. The PRB will coordinate the review of proposed speeches or media interviews with the component involved, the Office of Public Affairs for guidance regarding media or press relations, and other offices as necessary.

   c.      (U)  Current employees who must make court appearances or respond to subpoenas must contact OGC for guidance.

4.    (U//AIUO)  Official Publications. The publication or public dissemination of official Agency information by any means, including electronic transmissions, such as internet and unclassified facsimile, is subject to prepublication review. In addition to the types of materials listed in paragraph D1 above, official publications subject to this review include unclassified monographs; organizational charts; brochures; booklets; flyers; posters; advertisements; films; slides; videotapes; or other issuances, irrespective of physical media such as paper, film, magnetic, optical, or electronic, that mention CIA or intelligence data or activities or material on any subject about which the author has had access to classified information in the course of his employment or other association with the Agency.

5.    (U//AIUO)  Exclusions. Not included within the scope of this regulation are CIA court

UNCLASSIFIED//AIUO

filings; regular, serial publications such as the CIA World Fact Book; or documents released pursuant to official declassification and release programs such as the Freedom of Information Act or the 25-Year Automatic Declassification Program under Executive Order 13526. Nor do these procedures apply to official documents intended to be disseminated only to other Federal Government entities (that is, responses to other Federal agencies and Congressional entities -- except for unclassified "constituent replies" that will remain covered by this regulation).

6.    (U//AIUO)  Additional PRB Guidance. It is not possible to anticipate all questions that may arise about which materials require prepublication review. Therefore, it is the author's obligation to seek guidance from the PRB on all prepublication review issues not explicitly covered by this regulation.

E.    (U//AIUO) Prepublication Review Guidelines for Former Employees and Contractors, and Covered Non-Agency Personnel

1.    (U//AIUO)  All material proposed for publication or public dissemination must be submitted to the PRB Chair, as described in paragraph C 1 above. The PRB Chair will have the responsibility for the review, coordination, and formal approval in writing of submissions in coordination with appropriate Board members. The PRB Chair will provide copies of submitted material to all components with equities in such material, and will also provide copies to all Board members and, upon request, to any Directorate-level Information Review Officer.

2.    (U//AIUO)  The PRB will review material proposed for publication or public dissemination solely to determine whether it contains any classified information. Permission to publish will not be denied solely because the material may be embarrassing to or critical of the Agency. Former employees, contractors, or non-Agency personnel must obtain the written approval of the PRB prior to publication.

3.    (U//AIUO)  When it is contemplated that a co-author who has not signed a CIA secrecy agreement will contribute to a publication subject to prepublication review, the final version of the publication must clearly identify those portions of the publication that were authored by the individual subject to the secrecy agreement. Where there is any ambiguity concerning which individual wrote a section, and the section was not submitted for review, the Agency reserves the right to consider the section to be entirely written by the individual subject to the secrecy agreement and therefore in violation of the individual's prepublication review obligations.

4.    (U//AIUO)  When otherwise classified information is also available independently in open sources and can be cited by the author, the PRB will consider the fact in making its determination on whether that information may be published with the appropriate

citations. Nevertheless, the Agency retains the right to disallow certain open-source information or citations where, because of the author's Agency affiliation or position, the reference might confirm the classified content.

F.    (U//AIUO)  Prepublication Review Guidelines for Current Employees and Contractors

    1.    (U//AIUO)  All covered material proposed for publication or public dissemination must be submitted to the PRB Chair, as described in paragraph C 2 above. The PRB Chair will have the responsibility for the review, coordination, and formal approval in writing of submissions in coordination with the author's supervisor and other offices as necessary. The PRB Chair will provide copies of submitted material to all components with equities in such material, and will also provide copies to all Board members and, upon request, to any Directorate-level Information Review Officer.

    2.    (U//AIUO)  Additional Review Criteria. Appropriateness. For current employees and contractors, in addition to the prohibition on revealing classified information, the Agency is also legally authorized to deny permission to publish any official or nonofficial materials on matters set forth in paragraphs D 1 and D 4 above that could:

        a.    (U)  reasonably be expected to impair the author's performance of his or her job duties,

        b.    (U)  interfere with the authorized functions of the CIA, or

        c.    (U//AIUO)  have an adverse effect on the foreign relations or security of the United States.

(U//AIUO)  These additional review criteria ensure that material is not published that could adversely affect the Agency's ability to function as an employer and carry out its national security mission. Because these criteria principally concern the Agency's authority as an employer to promote an effective work place and to protect the integrity of its mission, they apply only to the submissions of current CIA employees and contractors.

(U//AIUO)  When a current CIA officer engages in public discussion of internal organizational operations, policies, and information, it could in certain circumstances interfere with CIA's ability, as an employer, to promote an effective work place and carry out its mission. When a current CIA officer engages in public discussion of current foreign relations issues or intelligence-related matters, it could in certain circumstances provide a factual basis for some to reasonably question whether the CIA was properly carrying out its independent, objective, and apolitical intelligence functions.

(U//AIUO) The determination of whether any particular publication could impair the author's performance of his or her duties, interfere with authorized CIA functions, or adversely affect the foreign relations or security of the United States must be assessed case-by-case in terms of the content of the manuscript, as well as the overall context and prevailing circumstances, including but not limited to, consideration of the currency of the subject matter; whether the subject matter is a matter of public concern; the degree to which the topic is related to the author's official duties; whether the material submitted for review is required for a course at an accredited U.S. educational institution at any academic level and, if so, whether distribution is intended to extend beyond classroom use; and whether, in light of the assignment in which the author serves, the inclusion or exclusion of the disclaimer described in paragraph A 4 above can mitigate any concerns. The Agency will exercise its authority to deny permission to publish on the basis of any such determination only when the determination is made in writing and clearly identifies or describes how publication could create a significant risk of impairing the author's performance of his or her job duties, interfering with the authorized functions of the CIA, or adversely affecting the foreign relations or security of the United States.

(U//AIUO) Prior to drafting a manuscript intended for nonofficial publication, current CIA officers are encouraged to consult with the Board regarding the proposed topic or subject matter. In addition, current CIA officers must comply with any applicable component policies and procedures relating to consultation with management prior to the drafting of a manuscript, prior to submitting a manuscript to the Board, or during the prepublication review process. Any consultation with the Board or management may not necessarily result in Agency approval to publish the submitted manuscript.

3.   (U//AIUO) Outside Activities Approval Request. Current employees and contractors must also complete a Form 879 (Outside Activity Approval Request) in accordance with Agency Regulation 13-11 (U) *Outside Activities*.

4.   (U) Review Process:

   a.   (U//AIUO) Nonofficial publications. For all nonofficial publications, current employees must complete and submit to the PRB a cover memorandum identifying their immediate supervisor or contracting officer. The PRB will notify these individuals, whose concurrence is necessary for publication.

   b.   (U//AIUO) Unclassified official publications. For all unclassified official publications that are covered by this regulation, current employees or contractors must first coordinate the document or speech with their management chain. Once initial management acceptance has been made,

UNCLASSIFIED//AIUO

the employee must then submit the proposed publication to the PRB for final review and approval. (Classified official publications are not covered by this regulation and, therefore, are not required to be submitted to the PRB for review.)

c.   (U//AIUO) Resumes. This requirement for management review and concurrence does not apply for resumes, which must be sent to the PRB, which will coordinate their approval with the appropriate equity-owning component and Directorate-level Information Review Officer. The employee must obtain the written approval of the PRB prior to any dissemination of the resume outside of the CIA.

**5.**   (U//AIUO) OGC Ethics Review for Executive Branch Employees. As part of the prepublication review process, and after PRB/management review of proposed publications is completed, the PRB will initiate a further review by OGC/Ethics Law Division (OGC/ELD) to determine if any ethics issues are raised under the Standards of Ethical Conduct for Employees of the Executive Branch. These Government-wide regulations and Agency Regulation 13-2 limit the use of nonpublic information and provide that an employee shall not receive compensation from any source other than the Government for teaching, speaking, or writing relating to the employee's official duties. Additionally, OGC/ELD will also review proposed publications by current employees to ensure there is no violation of the criminal statute, 18 U.S.C. section 209, which prohibits an employee from receiving any salary or any contribution to or supplementation of salary from any source other than the U.S. as compensation for services as a Government employee. Specifically, employees may not receive outside compensation for any article, speech, or book written or produced as part of their official duties.

**G.**   (U) Appeals

**1.**   (U//AIUO) If the PRB denies all or part of a proposed nonofficial publication, the author may submit additional material in support of publication and request reconsideration by the PRB. In the event the PRB denies the request for reconsideration, the author may appeal. PRB decisions involving nonofficial publications may be appealed to the COO within 30 days of the decision. Such an appeal must be in writing and must be sent to the PRB Chair. Appeal documentation must include the material intended for publication and any supporting materials the appealing party wishes the COO to consider. The PRB Chair will forward the appeal and relevant documentation through the components that objected to publication of the writing or other product at issue. The Director or Head of Independent Office will affirm or recommend revision of the decision affecting his or her component's equities

UNCLASSIFIED//AIUO

UNCLASSIFIED//AIUO

and will forward that recommendation to OGC. OGC will review the recommendations for legal sufficiency and will make a recommendation to the COO for a final Agency decision. The PRB Chair is responsible for staff support to the COO. The COO will render a written final decision on the appeal. Best efforts will be made to complete the appeal process within 30 days from the date the appeal is submitted.

2.    (U//AIUO)  This regulation is intended to provide direction and guidance for those persons who have prepublication review obligations and those who review material submitted for nonofficial or official publication. Nothing contained in this regulation or in any practice or procedure that implements this regulation is intended to confer, or does confer, any substantive or procedural right of privilege on any person or organization beyond that expressly stated herein.

H.    (U//AIUO) Breach of Secrecy Agreement. Failure to comply with prepublication review obligations can result in the imposition of civil penalties or damages. When the PRB becomes aware of a potential violation of the CIA secrecy agreement, it will notify OGC and the Office of Security (OS). After the OS review and investigation of the case is completed, if further action is deemed warranted, the OS will refer the matter to OGC, which will report all potentially criminal conduct to the Department of Justice (DoJ) and consult with DoJ regarding any civil remedies that may be pursued.

## III.    (U) Responsibilities

(U)  None

## References

(U)  None