IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. |
| ) | |
| EDWARD SNOWDEN, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| MACMILLAN PUBLISHERS INC., *et al.*, ) | |
| ) | |
| Relief-Defendants. ) | |

# Exhibit F:

# NSA Regulation




NATIONAL SECURITY AGENCY
CENTRAL SECURITY SERVICE
NSA/CSS POLICY 1-30

Issue Date: 13 May 2015
Revised: 12 May 2017

## REVIEW OF NSA/CSS INFORMATION INTENDED FOR PUBLIC RELEASE

### PURPOSE AND SCOPE

This document sets forth the policy, procedures, and responsibilities governing the *prepublication review* of *official NSA/CSS information* intended for *public release* by current and former NSA/CSS *affiliates* in either an *official capacity* or a *private capacity*. This policy also implements Department of Defense (DoD) Directive 5230.09, "Clearance of DoD Information for Public Release" (*Reference a*).

This policy applies to all current and former NSA/CSS affiliates and reflects lifetime obligations agreed to in *non-disclosure agreements*.

/s/
ELIZABETH R. BROOKS
Chief of Staff

_____/s/_____
Endorsed by
Associate Director for Policy

**Policy 1-30 is approved for public release.**

Policy 1-30                                                                                      Dated: 13 May 2015

DISTRIBUTION:
    P12
    P13
    P131
    P134 (Vital Records)

This Policy supersedes NSA/CSS Policy 1-30 dated 10 May 2013. The Chief, Policy approved an administrative update on 12 May 2017 to update organizational designators for NSA21. OPI: Information Security and Classification Division, P131, 972-2534 (secure) or (443)-634-4094 (non-secure).

## POLICY

1. Public release in an official capacity:

    a. NSA/CSS makes certain accurate and timely information available to the public to promote accountability for and understanding of its activities. The public release of official NSA/CSS information shall be limited only as necessary to safeguard information requiring protection in the interest of national security or other legitimate Government interest (Reference a). All current NSA/CSS affiliates shall submit for prepublication review all official NSA/CSS information intended for public release in their official capacity. The prepublication review process includes both a classification review and a review that determines whether the information intended for public release: is consistent with established NSA/CSS, DoD, and Intelligence Community policies and programs; is consistent with information security standards established by the Office of Information Management (OIM, P13); and conforms to NSA/CSS corporate messaging standards as determined by Strategic Communications (P2).

    b. Official NSA/CSS information prepared as part of official duties and approved for public release will be used in accordance with DoD Directive (DoDD) 5500.07, "Standards of Conduct" (Reference b), and DoD 5500.7-R, "Joint Ethics Regulation (JER)" (Reference c), which preclude such use for monetary or nonmonetary personal gain.

2. Public release in a private capacity: NSA/CSS affiliates acting in a private capacity, and not in connection with their official duties, may prepare information for public release without management approval or policy review provided that the affiliate:

    a. Violates no laws or regulations;

    b. Maintains ethical standards and compliance with References b and c;

    c. Uses only information that is UNCLASSIFIED and approved for public release;

    d. Uses no information in which NSA/CSS may have intellectual property rights and must file a new patent application with the U.S. Patent and Trademark Office thereon

or lose the right to do so (i.e., the information, if publicly released, does not establish a date by which NSA/CSS must file a new patent application (e.g., 1 year after public release)); and

    e. Uses a disclaimer on any material in which an NSA/CSS affiliation is cited, stating that the views and opinions expressed are those of the affiliate and do not reflect those of NSA/CSS.

3. Information available from both classified and open sources:

    a. Official NSA/CSS information appearing in the public domain shall not be automatically considered UNCLASSIFIED or approved for public release.

    b. Where information intended for public release is available to the NSA/CSS affiliate from classified sources and also independently from open sources, the affiliate may be permitted to release the information if the affiliate can cite an adequate open-source publication where the specific information is available – only if release of the information by the affiliate at the time of review will not cause additional damage to national security through confirmation of previous unauthorized releases. The appropriate *Prepublication Review Authority* shall exercise discretion in making such determinations on a case-by-case basis and may consider the following as factors in the decision:

        1) The sensitivity of the information from classified sources;

        2) The number and currency of the previous releases;

        3) The level of detail previously exposed;

        4) The source of the previous releases (whether authoritative and acknowledged or an anonymous leak);

        5) The submitter's access to classified sources; and

        6) The authority and credibility afforded by the affiliate's NSA/CSS experience.

4. Official NSA/CSS organizational logos: A *logo* may be created in accordance with NSA/CSS Policy 10-7, "NSA/CSS Multimedia Information" (Reference d). Once Graphics Services (P2212) creates a proof of the logo, it must be reviewed and approved for public release in an official capacity as set forth in this policy. Once approved for public release, a logo may be used for official NSA/CSS operational, promotional, or morale-building purposes.

Policy 1-30                                                                                               Dated: 13 May 2015

## PROCEDURES

5. For public release in official capacity:

    a. Information intended for public release in an NSA/CSS affiliate's official capacity (including, but not limited to, books, articles, videos, speeches, conference briefings, Internet postings, biographies, book reviews, cooperative education (co-op) reports, press releases, research papers, and organizational logos) is subject to prepublication review.

    b. Before publicly disclosing his or her NSA/CSS affiliation, a current affiliate preparing material for public release in an official capacity shall seek operations security (OPSEC) guidance from his or her Staff Security Officer (SSO) and solicit a *name check* from Chief, NSA/CSS Cover Office (X073) in accordance with NSA/CSS Policy 1-18, "NSA/CSS Cover Program" (Reference e).

    c. Whenever practicable, to preclude the inadvertent spillage of classified information onto unclassified systems, NSA/CSS affiliates acting in an official capacity shall use a TOP SECRET classified information system (e.g., NSANet, JWICS) to draft the full material intended for public release. Notes, outlines, or other partial information may not be substituted for the full material intended for public release in order to avoid the possibility of classification due to compilation.

    d. Current NSA/CSS affiliates acting in an official capacity shall first submit, for management review and approval, all official NSA/CSS information intended for public release.

    e. Upon receipt of management approval for public release (which may be in the form of a digitally signed email), a current NSA/CSS affiliate acting in an official capacity submits the following to a local *Classification Advisory Officer (CAO)* for an initial classification determination: the full material intended for public release, management approval, and written consent from NSA/CSS affiliates identified in the information to have any NSA/CSS affiliation publicly revealed. A complete list of CAOs can be found on NSANet ("go cao").

    f. Upon determining the information to be UNCLASSIFIED, the CAO sends a digitally signed email to the affiliate containing that determination.

    g. Following procedures established by the Prepublication Review Authority, either the affiliate or the local CAO then forwards the full and final material intended for public release (with all classification markings and/or handling instructions removed), management approval, classification determination, written consent from affiliates identified in the information to have any NSA/CSS affiliation publicly revealed (if applicable), technical review (if applicable), and contracting officer approval (if applicable) to the appropriate NSA/CSS Prepublication Review Authority for the final prepublication review determination.

    h. The appropriate Prepublication Review Authority shall:

        1) As necessary, coordinate with other information owners should the material contain information not under his or her purview;

        2) Refer the information for review to organizations external to NSA/CSS, if required;

        3) Coordinate, as appropriate, a review with the Public Affairs Office (PAO, P21) to determine that information intended for public release in an affiliate's official capacity conforms to NSA/CSS corporate messaging standards;

        4) When necessary, request a technical review by a subject matter expert to determine that the information intended for public release is accurate;

        5) When necessary, request a review by the NSA/CSS Office of the General Counsel (OGC) to determine that the information intended for public release contains no information in which NSA/CSS may have intellectual property rights and may file a patent application thereon; and

        6) If the current NSA/CSS affiliate acting in an official capacity is a *Senior Leader*, coordinate with the Information Security and Classification Division (P131) to obtain prepublication approval from the Defense Office of Prepublication and Security Review (DOPSR).

    i. The appropriate Prepublication Review Authority will issue, as practicable, a final determination to the affiliate within 25 business days of receipt of all required information and supporting documentation.

6.  For public release in a private capacity:

    a. Resumes, associated cover letters, work-related biographies (bios), and curriculum vitae (CVs) intended for any public use: Current and former NSA/CSS affiliates shall submit résumés, associated cover letters, work-related bios, and CVs intended for public release to the Information Security and Classification Division (P131) for review according to procedures published on the Information Security and Classification Division (P131) Web site and on nsa.gov to determine whether they contain *NSA/CSS protected information*.

        1) Before publicly disclosing his or her NSA/CSS affiliation in such a document, a current affiliate shall seek OPSEC guidance from an SSO and solicit a name check from Chief, X073.

        2) Whenever practicable and with supervisory approval, to preclude the inadvertent spillage of classified information onto unclassified systems, current NSA/CSS affiliates acting in a private capacity may use a TOP SECRET classified information system (e.g., NSANet, JWICS) to draft the full version of such documents intended for public release. Notes, outlines, or other partial

information may not be substituted for the full material intended for public release in order to avoid the possibility of classification due to compilation.

   3) A current affiliate shall have such documents first reviewed by an organizational CAO before submitting it to P131.

   4) Former affiliates shall submit such documents per instructions in paragraph 6.b.4.

   5) Résumés are not subject to management approval or policy review.

 b. Other than résumés: Current and former NSA/CSS affiliates may prepare material for public release that meets all of the requirements stated in paragraph 2. This includes, but is not limited to, books, articles, videos, speeches, conference briefings, Internet postings, book reviews, co-op reports, press releases, research papers, and organizational logos. However, prepublication review is required where compliance with the requirements of paragraph 2 is in doubt (i.e., where the material contains official NSA/CSS information that may or may not be UNCLASSIFIED and approved for public release). Before publicly disclosing an NSA/CSS affiliation, a current affiliate shall seek OPSEC guidance from an SSO and solicit a name check from Chief, X073.

   1) Whenever practicable and with supervisory approval, to preclude the inadvertent spillage of classified information onto unclassified systems, current NSA/CSS affiliates acting in a private capacity may use a TOP SECRET classified information system (e.g., NSANet, JWICS) to draft the full material intended for public release. Notes, outlines, or other partial information may not be substituted for the full material intended for public release in order to avoid the possibility of classification due to compilation.

   2) A current affiliate with access to a TOP SECRET classified network (e.g., NSANet, JWICS) shall request review by his or her organization's CAO of the full material intended for public release. After review, the organization's CAO will send the full and final material and the initial determination to the appropriate Prepublication Review Authority for a second review.

   3) Current affiliates without access to a TOP SECRET classified network (e.g., NSANet, JWICS) may submit the full and final material intended for public release via another classified system (e.g., SIPRNet) to the appropriate Prepublication Review Authority according to established procedures.

   4) Former affiliates without access to a TOP SECRET classified network (e.g., NSANet, JWICS) shall submit the full and final material intended for public release in hardcopy to:

  NSA/CSS
  ATTN: P131, Prepublication Review
  9800 Savage Road

Suite 6932
Fort George G. Meade, MD  20755-6248

     5) The appropriate Prepublication Review Authority shall create an official record of the documents reviewed and the determinations made.

     6) As necessary, the appropriate Prepublication Review Authority shall coordinate with other information owners when the material contains information under their purview.

     7) The appropriate Prepublication Review Authority shall, as practicable, issue the determination to the affiliate within 25 business days of receipt.

7.  Appeal of a prepublication review determination:

     a. A prepublication review determination may be appealed in writing to the Chief, OIM within 20 business days of receipt of the determination.  At OIM's discretion, an additional 30 business days may be allowed to file a written appeal, provided that the affiliate files a written notice of intent to appeal within 20 business days of receipt of the initial determination and presents justification to support an extension.  The affiliate making the appeal shall specifically identify the disputed portions of the initial determination and the reasons for appeal – and shall include any supporting information that the Chief, OIM should consider.

     b. In support of OIM, the Information Security and Classification Division (P131) will, if necessary, schedule meetings with the NSA OGC and/or the information owners to review the disputed information and, within 30 business days of receipt of the appeal, advise the affiliate making the appeal of the Chief's OIM final determination and, to the extent consistent with national security, the reasons for any OIM determination adverse to the affiliate's interests.

     c. The final determination by the Chief, OIM may not be further appealed.

## RESPONSIBILITIES

8.  A current NSA/CSS affiliate acting in an official capacity shall:

     a. Before disclosing his or her NSA/CSS affiliation, solicit a name check from Chief, X073 in accordance with [Reference e](Reference e);

     b. Seek OPSEC guidance from an SSO regarding the possible consequences of disclosing his or her NSA/CSS affiliation;

     c. Submit for prepublication review all materials intended for public release according to the procedures specified in [paragraph 5](paragraph 5);

    d. As applicable, obtain written consent from each affiliate identified in the information to have his or her NSA/CSS affiliation publicly revealed; and

    e. In accordance with established procedures, submit to the appropriate Prepublication Review Authority his or her requests for prepublication review along with all required information identified in paragraph 5.g..

9.  Current NSA/CSS affiliates acting in a private capacity shall:

    a. Before disclosing their NSA/CSS affiliation, solicit name checks from Chief, X073 in accordance with Reference e;

    b. Seek OPSEC guidance from an SSO regarding the possible consequences of disclosing their NSA/CSS affiliation;

10. Current and former NSA/CSS affiliates acting in a private capacity shall:

    a. Submit for prepublication review all materials intended for public release according to the procedures specified in paragraph 6;

    b. Notify NSA/CSS of any request to comment on any unofficial NSA/CSS-related information (e.g., to review a book by a non-Government author prior to publication, to review an article). The NSA/CSS affiliate shall regard his/her comments as a proposed unofficial publication subject to review, as provided by this policy. If the appropriate Prepublication Review Authority determines that all or part of the text being commented on must be reviewed in order to evaluate the comments, the affiliate shall obtain permission from the author before submitting relevant parts of any unpublished text to NSA/CSS for review; and

    c. As applicable, obtain written consent from each affiliate identified in the information to have his or her NSA/CSS affiliation publicly revealed.

11. Classification Advisory Officers (CAOs) shall:

    a. Conduct an initial classification review of information submitted by an affiliate in their supported organizations, in accordance with current NSA/CSS classification and declassification guidance;

    b. Provide the affiliate with a digitally signed email message or, if email is not practicable, an appropriately classified letter containing the classification determination; and

    c. In accordance with established procedures and on behalf of the affiliate, submit a request for prepublication review to the appropriate Prepublication Review Authority (see paragraph 5.g.).

12. Prepublication Review Authorities shall:

    a. Assist the CAO, when necessary, in resolving classification disputes;

    b. Coordinate reviews, as appropriate, with PAO for conformance to messaging standards;

    c. If the current NSA/CSS affiliate acting in an official capacity is a Senior Leader, coordinate with the Information Security and Classification Division (P131) to obtain prepublication approval from the DOPSR;

    d. Coordinate prepublication reviews with any other NSA/CSS offices as required by, and specified in, this policy;

    e. Coordinate prepublication reviews with external information owners (e.g., U.S. Government, foreign government), as appropriate;

    f. Conduct, as practicable, final prepublication reviews of all information intended for public release within 25 business days of receipt;

    g. Notify the affiliate in writing of the determination; and

    h. Maintain all required electronic and hardcopy official records related to prepublication review determinations in accordance with this policy and NSA/CSS Policy 1-6, "Records Management Program" (Reference f);

13. The Information Security and Classification Division (P131) shall perform all of the functions of a Prepublication Review Authority (see paragraph 12) and shall:

    a. Serve as the sole approval authority for the public release of personal résumés;

    b. Coordinate with the DOPSR to obtain public release approval when the current NSA/CSS affiliate acting in an official capacity is a Senior Leader;

    c. Review and approve or disapprove management directives and any other procedures developed to implement this policy;`

    d. Maintain accountability and a database for all required electronic and hardcopy official records related to prepublication review determinations in accordance with Reference f; and

    e. Administratively assist the Chief, OIM in the processing of prepublication review appeals.

14. The Research Director, in addition to the responsibilities in paragraph 15, shall:

    a. Issue management directives to implement this policy that have been approved by the Information Security and Classification Division (P131);

      b. Provide a monthly accounting of prepublication review cases to the Information Security and Classification Division (P131); and

      c. Grant the Information Security and Classification Division (P131) access to any databases used for the electronic storage and tracking of prepublication review cases.

    15. The Directors, Cryptologic Center Commanders/Chiefs, and Field Commanders/Chiefs shall:

      a. Develop a process, consistent with the provisions in this policy, for ensuring the proper prepublication review of official NSA/CSS information intended for public release;

      b. Ensure that personnel under their supervision are made aware of the requirements of this policy; and

      c. Ensure that subordinates' requests for management review and approval of official NSA/CSS information intended for public release pursuant to paragraph 5.b are completed in a timely manner.

    16. The Security and Counterintelligence Group (A5) shall:

      a. Ensure that, during initial indoctrination, all affiliates are informed of their lifelong responsibility to safeguard NSA/CSS protected information and of the procedures for prepublication review;

      b. Ensure that all affiliates are reminded of their lifetime prepublication review responsibilities prior to signing their security debriefing forms at the end of their affiliation with the Agency; and

      c. Via SSOs, provide OPSEC guidance to current affiliates regarding the possible consequences of publicly disclosing their NSA/CSS affiliation when preparing official NSA/CSS information for public release in either an official or private capacity.

    17. The Office of General Counsel (OGC) shall:

      a. Provide legal advice to a Prepublication Review Authority when material intended for public release contains any information in which NSA/CSS may have intellectual property rights and may file a patent application thereon;

      b. Ensure, in coordination with the Business Management and Acquisition Directorate (B), that contracts contain necessary provisions to require compliance with the provisions of this policy by contractors and their employees; and

      c. Provide legal advice and guidance to the Information Security and Classification Division (P131) and Chief, OIM during the appeal process, as necessary and as required.

Policy 1-30                                                                                          Dated: 13 May 2015

18. The Business Management and Acquisition Directorate (BM&A) shall ensure, in coordination with the OGC, that contracts contain necessary provisions to require compliance with the provisions of this policy by contractors and their employees.

19. The Public Affairs Office (PAO) shall, as appropriate, perform a review on all information intended for public release in an official capacity within 10 business days of receipt to ensure that information intended for public release conforms to current NSA/CSS messaging standards as determined by Strategic Communications.

20. The Chief, NSA/CSS Cover Office (X073) shall conduct name checks as requested by current affiliates preparing official NSA/CSS information for public release in either an official or private capacity in accordance with Reference e.

## REFERENCES

21. References:

    a. DoDD 5230.09 "Clearance of DoD Information for Public Release," dated 22 August 2008.

    b. DoDD 5500.07, "Standards of Conduct," dated 29 November 2007.

    c. DoD 5500.7-R, "Joint Ethics Regulation (JER)," dated 1 August 1993.

    d. NSA/CSS Policy 10-7, "NSA/CSS Multimedia Information," dated 12 August 2009 and revised 1 May 2013.

    e. NSA/CSS Policy 1-18, "NSA/CSS Cover Program," dated 6 March 2014.

    f. NSA/CSS Policy 1-6, "Records Management Program," dated 19 November 2014.

    g. Executive Order 13526, "Classified National Security Information," dated 25 January 2010.

    h. Public Law No. 86-36 (codified as amended in 50 U.S.C. § 3605), "National Security Agency Act of 1959."

    i. 5 U.S.C § 552, "Freedom of Information Act."

## DEFINITIONS

22. <u>Affiliate</u> – A person employed by, detailed to, or assigned to NSA/CSS, including a member of the U.S. Armed Forces; an expert or consultant to NSA; an industrial or commercial contractor, licensee, certificate holder, or grantee of NSA, including all subcontractors; a personal services contractor; or any other category of person who acts for or on behalf of NSA/CSS as determined by the Director, NSA/Chief, CSS. (Source: NSA/CSS Policy Glossary)

23. <u>Classification Advisory Officer (CAO)</u> – An individual trained to properly apply classification rules and guidance and who assists other employees in the proper marking and protection of classified and protected information.  The Information Policy and Classification Division (P131) administers the CAO Program and registers CAOs.  For more information "go CAO."

24. <u>Logo</u> – An unclassified graphical representation of an NSA/CSS-related special office, mission, program, or project.

25. <u>Name Check</u> – A review of past assignments, including assignments to other agencies and participation in educational programs, to determine the classification of an individual's name in association with NSA/CSS ([Reference e](Reference e)).

26. <u>Nondisclosure Agreement (NdA)</u> – A lifetime obligation to safeguard all protected information, to submit all information intended for publication and/or public release for prepublication review, and to report any *unauthorized disclosure* of protected information.  NSA/CSS affiliates are legally bound and obligated by any NdAs they sign for access to NSA/CSS information.  They shall not confirm or deny information about NSA/CSS that appears in the public domain without prior approval through the classification or prepublication process.

27. <u>NSA/CSS Protected Information</u> – Information obtained as a result of a relationship with NSA/CSS, that is:

    a.  Classified or in the process of a classification determination pursuant to the standards of Executive Order 13526 ([Reference g](Reference g)), or any successor order, and implementing regulations.  It includes, but is not limited to, intelligence information, sensitive compartmented information (intelligence sources and methods), and cryptologic information (information concerning information systems security and signals intelligence); or

    b.  Unclassified, appearing in any form or compilation, which NSA/CSS may withhold from public disclosure under authority of the National Security Agency Act of 1959 ([Reference h](Reference h)) or by reason of being either excluded or exempted from the mandatory disclosure requirements of the Freedom of Information Act ([Reference i](Reference i)).  (Source:  [NSA/CSS Policy Glossary](NSA/CSS Policy Glossary))

28. <u>Official Capacity</u> – Acting on behalf of NSA/CSS.

29. <u>Official NSA/CSS Information</u> – Any NSA/CSS, DoD, or IC information that is in the custody and control of NSA/CSS and was obtained for or generated on NSA/CSS' behalf during the course of employment or other service, whether contractual or not, with NSA/CSS.

30. <u>Prepublication Review</u> – The overall process to determine that information proposed for public release contains no protected information and, where applicable, is consistent with established NSA/CSS, DoD, and IC policies and programs; conforms to NSA/CSS messaging standards as determined by Strategic Communications; and, in consultation with the NSA OGC,

Policy 1-30                                                                                                  Dated:  13 May 2015

Acquisition, Research, and Technology Law Practice, as appropriate, contains no information in which NSA/CSS may have intellectual property rights and may file a patent application thereon.

      31. Prepublication Review Authority – Officials in organizations who are delegated the authority to make determinations on prepublication reviews.  The Information Security and Classification Division (P131) serves as the corporate-level Prepublication Review Authority and as such has the authority to make a determination on any prepublication review and has sole authority for the prepublication review of personal résumés, associated cover letters, bios, and CVs.  The Chief, Office of Information Management (OIM, P13) has officially delegated Prepublication Review Authority to the Research Directorate for review of RD-related, non-résumé material and/or non-résumé material submitted by RD personnel.

      32. Private Capacity – Acting on behalf of oneself and not in association with NSA/CSS.

      33. Public Release – The decision to give permission to retain, or to show or reveal official NSA/CSS information whether orally, in writing, or through any other medium, to one or more persons who otherwise do not have the appropriate access authorization, security clearance, and/or need to know to receive such information upon determination that the release will not harm the national security or another legitimate Government interest.

      34. Senior Leader – A Defense Intelligence Senior Executive Service (DISES) employee, a Defense Intelligence Senior Level (DISL) employee, or the military equivalent of a DISES or DISL employee.

      35. Unauthorized Disclosure – Absent a public release, the communication or physical transfer of protected information to one or more unauthorized recipients who do not have appropriate access authorization, security clearance, and/or need to know to receive such information.