IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 1:19-cv-1197<br>) |
| EDWARD SNOWDEN<br>*exact address unknown*, | )<br>)<br>) |
| Defendant, | )<br>)<br>) |
| and | )<br>) |
| MACMILLAN PUBLISHERS INC.,<br>175 5th Avenue<br>New York, NY 10010 , | )<br>)<br>)<br>) |
| MACMILLAN PUBLISHING GROUP, LLC<br>d/b/a HENRY HOLT AND COMPANY,<br>175 5th Avenue<br>New York, NY 10010 , | )<br>)<br>)<br>)<br>) |
| HOLTZBRINCK PUBLISHERS, LLC c/o<br>HOLTZBRINCK PUBLISHING HOLDINGS LP,<br>175 5th Avenue<br>New York, NY 10010, | )<br>)<br>)<br>)<br>) |
| Relief-Defendants. | )<br>) |

## **MOTION FOR ALTERNATIVE FOREIGN SERVICE PURSUANT TO RULE 4(f)(3)**

Pursuant to Federal Rule of Civil Procedure 4(f)(3), Plaintiff United States moves the Court to authorize alternative foreign service on Defendant Edward Snowden. The reasons for granting the motion are set forth in the accompanying memorandum of law.

Dated: September 17, 2019                Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General

G. ZACHARY TERWILLIGER
United States Attorney

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch


*/s/ R. Trent McCotter*
R. TRENT MCCOTTER
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:     (703) 299-3845
Fax:    (703) 299-3983
Email:   trent.mccotter@usdoj.gov


*/s/ Daniel Schwei*
DANIEL SCHWEI
Senior Trial Counsel
ANTONIA KONKOLY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Room 12024
Washington, DC 20530
Tel.:   (202) 305-8693
Fax:   (202) 616-8470
Email: daniel.s.schwei@usdoj.gov

*Counsel for the United States*