IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EDWARD SNOWDEN )<br>*exact address unknown*, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>MACMILLAN PUBLISHERS INC., )<br>175 5th Avenue )<br>New York, NY 10010 , )<br>)<br>MACMILLAN PUBLISHING GROUP, LLC )<br>d/b/a HENRY HOLT AND COMPANY, )<br>175 5th Avenue )<br>New York, NY 10010 , )<br>)<br>HOLTZBRINCK PUBLISHERS, LLC c/o )<br>HOLTZBRINCK PUBLISHING HOLDINGS LP, )<br>175 5th Avenue )<br>New York, NY 10010, )<br>)<br>Relief-Defendants. )<br>) | Civil Action No. 1:19-cv-1197 |

## **NOTICE OF WAIVER OF HEARING**

Please take notice, that pursuant to Local Rule 7(E), Plaintiff United States waives oral argument in connection with its Motion for Alternative Foreign Service Pursuant to Rule 4(f)(3).

Dated:  September 17, 2019                           Respectfully Submitted,

-1-

JOSEPH H. HUNT
Assistant Attorney General

G. ZACHARY TERWILLIGER
United States Attorney

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch


*/s/ R. Trent McCotter*
R. TRENT MCCOTTER
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:       (703) 299-3845
Fax:      (703) 299-3983
Email:    trent.mccotter@usdoj.gov


 */s/ Daniel Schwei*
DANIEL SCHWEI
Senior Trial Counsel
ANTONIA KONKOLY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Room 12024
Washington, DC 20530
Tel.:    (202) 305-8693
Fax:    (202) 616-8470
Email: daniel.s.schwei@usdoj.gov

*Counsel for the United States*