# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EDWARD SNOWDEN, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> MACMILLAN PUBLISHERS INC., *et al.*, ) <br> ) <br> Relief-Defendants. ) <br> ) | Case No. 1:19-cv-1197-LO-TCB |

## ORDER

Upon consideration of Plaintiff's Motion for Alternative Foreign Service Pursuant to Rule 4(f)(3), it is hereby

ORDERED that Plaintiff's motion is GRANTED; and it is further ORDERED as follows:

1. Plaintiff shall effectuate service of the Summons and Complaint on Defendant Edward Snowden by serving those documents, in a manner consistent with Fed. R. Civ. P. 4, on one or more of the following individuals/entities:

    a. Mr. Ben Wizner, Director of the American Civil Liberties Union's Speech, Privacy, and Technology Project; and/or

    b. Macmillan Publishers, Inc., a company located in New York, NY; and/or

    c. Freedom of the Press Foundation, an organization located in San Francisco, CA.

2. Unless and until Mr. Snowden (or an attorney representing Mr. Snowden) formally enters an appearance in this case, for any future filings in this case required to be served on Mr. Snowden pursuant to Fed. R. Civ. P. 5, those filings shall be served on Mr. Snowden through one or more of the individuals/entities listed above, in any manner permitted by Fed. R. Civ. P. 5.

September 18, 2019

Alexandria, Virginia

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

HON. THERESA C. BUCHANAN
United States Magistrate Judge