## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

United States of America

                Plaintiff

                        vs.        Case No.: 1:19-cv-01197-LO-TCB

Edward Snowden, et al.

                Defendant(s)

### AFFIDAVIT OF SERVICE

I, Ricardo Delpratt, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Complaint with Exhibits A-F, Civil Cover Sheet and Notice in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 09/25/2019 at 2:35 PM, I served Edward Snowden c/o Ben Wizner, Esquire, per Court's Order, ECF No. 6 with the Summons, Complaint with Exhibits A-F, Civil Cover Sheet and Notice at American Civil Liberties Union Foundation, 125 Broad Street, New York, New York 10004 by serving Ben Wizner, Esquire, authorized to accept service.

Ben Wizner is described herein as:

Gender: Male   Race/Skin: White   Age: 43   Weight: 190   Height: 6'0"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

9-27-2019
Executed On

_Ricardo Delpratt_
Ricardo Delpratt

Client Ref Number: N/A
Job #: 1568297

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050