IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



MOVANT DAVID ANDREW CHRISTENSON

UNITED STATES OF AMERICA                    CRIMINAL NO. Case 1:19-cv-01197-LO

v.                                          JUDGE LIAM O'GRADY

EDWARD SNOWDEN
Defendant.

Amicus/Notice 81 – Did Federal Whistleblower - Director Office of Weather and Air Quality - NOAA - William Lapenta commit suicide or was he murdered?

He knew the truth and if he committed suicide, he could not live with it.

If he was murdered, he was about to tell the world the truth.

He knew the ocean to well to die like that.

*Lapenta had served as the director of the National Centers for Environmental Prediction, The Weather Channel reports. In that role, he oversaw U.S. agencies responsible for issuing forecasts and warnings for aviation, ocean, storm and climate conditions. Lapenta, a federal scientist who oversaw weather prediction centers that track ocean, hurricane and even space conditions. In recent months, Lapenta had moved to become acting director the Office of Weather and Air Quality, a part of NOAA Research — the research branch of the National Oceanic and Atmospheric Administration, according to The Weather Channel.*

They will have to murder me and I won't go without a fight. I will not commit suicide because that would mean I lived a wasted life and it would discredit me. I will not commit violence because that would mean I lived a wasted life and it would discredit me. Mankind is too important. The only thing keeping me alive is these pleadings.

**90% of all Federal Whistleblowers die mysteriously. Somebody has saved Manning, Winner, Snowden, Assange, etc. for some reason. Who has saved me?**

Review the following pleadings that have been docketed in: Electronic Privacy Information (EPIC) v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson (Service October 4th, 2019)

Notice 65 – "Nuke the Hurricanes" by President Donald Trump.

Notice 68 – This is how you kill off a species. The Judiciary's Constitutional Mandate was to keep the Executive and legislative Branches of our Government in check by allowing Americans like me to file grievances that change the narrative. So Simple and yet so powerful. The pen is mightier than the sword

until you have a bunch of sunarcissists running the Government. This is why I filed Writs of Mandamus and Prohibition with the Supreme Court.

Notice 69 – The New York Times does not know what it is printing because it is White Noise. Everything the New York Times does is for money, power, fame and sex. They are Aids Infected Whores that don't give a damn about Mankind but every once in a while, they print something important.

Notice 70 – Why do I see this and no one else does. **After sending an email on September 3rd, 2019 (look at who I sent it to) AccuWeather and Chief Executive Barry L. Myers, who is President Trump's nominee to be the Administrator for the National Oceanic and Atmospheric Administration (NOAA), removed the Historical Hurricane Tracking link that I referenced.**
Go to AccuWeather: https://www.accuweather.com/en/hurricane/tracker

Notice 73 – Sunday Morning September 22nd, 2019 and this is what I see.

Notice 74 – Snowden, Manning, Assange, Winner and Christenson (The Nexis)

Amicus/Notice 75 – Treason - Per the Washington Post: GOP rival Bill Weld says Trump has committed 'treason, pure and simple' and the penalty for treason under the U.S. code is death. That's the only penalty."

Amicus/Notice 79 – Snowden Motions

- Amicus/Notice 81 - United States v. Snowden – Movant David Andrew Christenson – Cr. No. 1:13-cr-265 - Senior Judge Claude M. Hilton - District Court, E.D. Virginia (Service October 4th, 2019)
- Amicus/Notice 81 - United States v. Snowden – Movant David Andrew Christenson – Civ. No. 1:19-cv-01197 - Judge Liam O'Grady - District Court, E.D. Virginia (Service October 4th, 2019)
- Amicus/Notice 81 - Peter Strzok v. William Barr (19-5262) Court of Appeals for the D.C. Circuit Appellant (Movant) David Andrew Christenson (Service October 4th, 2019)
- Amicus/Notice 81 - Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C. Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service October 4th, 2019)
- Amicus/Notice 81 - Electronic Privacy Information (EPIC) v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson (Service October 4th, 2019)
- Amicus/Notice 81 - Application of The Committee on The Judiciary, U.S. House Of Representatives, For an Order Authorizing the Release of Certain Grand Jury Materials (19-5219) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service October 4th, 2019)
- Amicus/Notice 81 In re: Roger Stone, Jr. (19-3054) Court of Appeals for the D.C. Circuit - Movant David Andrew Christenson - Petition for Writ of Mandamus filed by Petitioners John Bertran, Jeanne Rouco-Conesa, Adria Stone, Nydia Stone and Roger Jason Stone, Jr. (Movant David Andrew Christenson has filed a Motion to Intervene and Join.) (Service October 4th, 2019)

- Amicus/Notice 81 - United States v. STONE - Movant David Andrew Christenson – Cr. No. 1:19-cr-00018-ABJ Judge Amy Berman Jackson - District Court, District of Columbia. (Service October 4th, 2019)
- Amicus/Notice 81 - McCabe v. Barr - Movant David Andrew Christenson – Civ. No. 1:19-cv-02399-RDM - Judge Randolph Daniel Moss - District Court District of Columbia. (Service October 4th, 2019)
- Amicus/Notice 81 - Strzok V. Barr – Movant David Andrew Christenson – Civ. No. 1:19-cv-02367-ABJ - Judge Amy Berman Jackson – District Court District of Columbia. (Service October 4th, 2019)
- Amicus/Notice 81 - United States v. Doe (Chelsea Manning) - Movant – David Andrew Christenson - 2010R03793 No. 1:19-dm-00012 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service October 4th, 2019)
- Amicus/Notice 81 - United States v. FLYNN – Movant David Andrew Christenson – Cr. No. 1:17-cr-00232 - Judge Emmet G. Sullivan - District Court, District of Columbia (Service October 4th, 2019)
- Amicus/Notice 81 - United States v. Winner – Movant David Andrew Christenson – Cr. No. 1:17-cr-00034 – Judge James Randal Hall - District Court, S.D. Georgia (Service October 4th, 2019)
- Amicus/Notice 81 - United States v. Assange – Movant David Andrew Christenson – Cr. No. 1:18-cr-00111 – Judge Claude M. Hilton - District Court, E.D. Virginia (Service October 4th, 2019)
- Amicus/Notice 81 - Elhady v. Piehota – Movant David Andrew Christenson – Civ. No. 1:16-cv-00375 – Judge Anthony John Trenga - District Court, E.D. Virginia (Service October 4th, 2019)
- Amicus/Notice 81 - United States v. Rafiekian – Movant David Andrew Christenson – Cr. No. 1:18-cr-00457 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service October 4th, 2019)

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on October 4th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson