

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MOVANT DAVID ANDREW CHRISTENSON

UNITED STATES OF AMERICA                                   CRIMINAL NO. Case 1:19-cv-01197-LO

v.                                                         JUDGE LIAM O'GRADY

EDWARD SNOWDEN
Defendant.

Amicus/Notice 80 – I am going to be murdered by Brooks Brothers, Leonardo Del Vecchio and Claudio Del Vecchio.

EPIPHANY – WHO WILL PROTECT THE FEDERAL JUDICIARY IF I AM DEAD? WHO WILL PROTECT THE JUDGES AND THEIR FAMILIES? **I NEED PROTECTION IF I AM GOING TO PROTECT THE FEDERAL JUDICIARY.**

God can't directly help me but indirectly is a different story. The Devil convinced Brooks Brothers, Leonardo Del Vecchio and Claudio Del Vecchio to murder me. They have billions of dollars to lose and deportation back to Italy plus a DOJ investigation into their businesses. They have a huge motive.

The last thing the Federal Judiciary wants is for me to be murdered. Trump, time, math, the other Demigods, etc. will ensure that the truth comes out. I am the only living person that can stop pending catastrophe. If I am gone the retribution and retaliation against the Federal Judiciary will be its total annihilation. If they murder me will I be a martyr for Mankind?

**MAYBE THE FEDERAL JUDICIARY SHOULD PROVIDE ME WITH SOME PROTECTION BY PUBLICLY DOCKETING ALL OF MY PLEADINGS AND GRIEVANCES. THE FIRST AMENDMENT WILL PROVIDE THE PROTECTION THAT I NEED AND THAT THE FEDERAL JUDICIARY NEEDS.**

Please review the attached two letters that were sent to the following: Leonardo Del Vecchio owner Luxottica/Essilor and Brooks Brothers, Claudio Del Vecchio owner Brooks Brothers, Matteo Del Vecchio Chief Administrative Officer, Gianluca Tanzi Chief Operating Officer Brooks Brothers, Rachel Barnett General Counsel, Adam Lelonek General Counsel, Nadia Droumbanis Special Counsel, Mary Pytko EVP, Global Human Resources/People Services, Lynne McDaniel Senior Human Resources Business Partner, Melvin Walls Director People Services, Mike Carter Regional Vice President, Carissa Goodwin District Manager, LaTonja McCants Store Manager, <u>Jeff Houseman Loss Prevention and Paul Pliml Store Manager Jackson MS.</u>

Attachment 1 was written and sent to the above on September 26th, 2019

Attachment 2 was written and sent to the above on September 30th, 2019.

Attachment 3 is a docketed court pleading that talks about the miraculous relationship that I have with two Brooks Brothers associates: Tamara and Tibby.

On September 20th, 2019 a Secret Service Agent came to Brooks Brothers where I am employed. I was not working that day. On September 24th, 2019 the Secret Service Agent returned and again I was not working. The attached letters have more details. The Agent made it clear that I was not under arrest and was not under investigation.

On September 30th, 2019 I reported to work. Paul Pliml (store manager from Jackson who appeared to be illegally armed) greeted me and commenced to lie to me. He was lying to me for money. Lynne McDaniel (HR) was the next to greet me (was she legally armed?). **Then came Jeff Houseman who was illegally armed.** Lynne McDaniel placed me on a paid leave. She used the excuse that it was because of the Secret Service. Within seconds two-armed sheriff deputies ordered me out of the store. Jeff Houseman committed fraud and perjury in order to obtain a civil no-trespass order. The deputies did not have a copy of the civil no-trespass order as is required by law. The deputies informed me that if I called 911, I would be arrested. A security guard was posted at the front door. All employees were instructed to call 911 if I entered the store. This is the set-up to murder me. **They are slandering and defaming me so that they can murder me.**

Brooks Brothers, Leonardo Del Vecchio and Claudio Del Vecchio waited 10 days before suspending me. They created a big theatrical production that painted me as violent thus the slander and deformation. Why did they not come on September 25th, 26th, 27th, 28th or the 29th? Notice that they did not come on the weekend. Why did they not call or email me? There was no paper work. The illegal civil no-trespass order could have been served by mail, phone or email. This is my third paid suspension. The first two were without incidents and I returned to work and this one will be without incident.

- Amicus/Notice 80 - United States v. Snowden – Movant David Andrew Christenson – Cr. No. 1:13-cr-265 - Senior Judge Claude M. Hilton - District Court, E.D. Virginia (Service October 2nd, 2019)
- Amicus/Notice 80 - United States v. Snowden – Movant David Andrew Christenson – Civ. No. 1:19-cv-01197 - Judge Liam O'Grady - District Court, E.D. Virginia (Service October 2nd, 2019)
- Amicus/Notice 80 - Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C. Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service October 2nd, 2019)
- Amicus/Notice 80 - Electronic Privacy Information (EPIC) v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson (Service October 2nd, 2019)
- Amicus/Notice 80 - Application of The Committee on The Judiciary, U.S. House Of Representatives, For an Order Authorizing the Release of Certain Grand Jury Materials (19-5219) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service October 2nd, 2019)
- Amicus/Notice 80 In re: Roger Stone, Jr. (19-3054) Court of Appeals for the D.C. Circuit - Movant David Andrew Christenson - Petition for Writ of Mandamus filed by Petitioners John Bertran, Jeanne Rouco-Conesa, Adria Stone, Nydia Stone and Roger Jason Stone, Jr. (Movant David Andrew Christenson has filed a Motion to Intervene and Join.) (Service October 2nd, 2019)

- Amicus/Notice 80 - United States v. STONE - Movant David Andrew Christenson – Cr. No. 1:19-cr-00018-ABJ Judge Amy Berman Jackson - District Court, District of Columbia. (Service October 2nd, 2019)
- Amicus/Notice 80 - McCabe v. Barr - Movant David Andrew Christenson – Civ. No. 1:19-cv-02399-RDM - Judge Randolph Daniel Moss - District Court District of Columbia. (Service October 2nd, 2019)
- Amicus/Notice 80 - Strzok V. Barr – Movant David Andrew Christenson – Civ. No. 1:19-cv-02367-ABJ - Judge Amy Berman Jackson – District Court District of Columbia. (Service October 2nd, 2019)
- Amicus/Notice 80 - United States v. Doe (Chelsea Manning) - Movant – David Andrew Christenson - 2010R03793 No. 1:19-dm-00012 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service October 2nd, 2019)
- Amicus/Notice 80 - United States v. FLYNN – Movant David Andrew Christenson – Cr. No. 1:17-cr-00232 - Judge Emmet G. Sullivan - District Court, District of Columbia (Service October 2nd, 2019)
- Amicus/Notice 80 - United States v. Winner – Movant David Andrew Christenson – Cr. No. 1:17-cr-00034 – Judge James Randal Hall - District Court, S.D. Georgia (Service October 2nd, 2019)
- Amicus/Notice 80 - United States v. Assange – Movant David Andrew Christenson – Cr. No. 1:18-cr-00111 – Judge Claude M. Hilton - District Court, E.D. Virginia (Service October 2nd, 2019)
- Amicus/Notice 80 - Elhady v. Piehota – Movant David Andrew Christenson – Civ. No. 1:16-cv-00375 – Judge Anthony John Trenga - District Court, E.D. Virginia (Service October 2nd, 2019)
- Amicus/Notice 80 - United States v. Rafiekian – Movant David Andrew Christenson – Cr. No. 1:18-cr-00457 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service October 2nd, 2019)

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on October 2nd, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____

David Andrew Christenson