Attachment 3

USCA Case #19-5121 Document #1802189 Filed: 08/12/2019 Page 1 of 1

*[Stamp: AUG 1 2 2019 United States Court of Appeals District of Columbia Circuit]*

## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson – Appellant (Movant)

v.

Appellee – NA

(Electronic Privacy Information Center v. United States Department of Justice)

Case: 19-5121
Civ. Action No. 19-810 - RBW

**Notice 59 – Unbeknownst to Tibby and Tamara they are my Muses, Angels, Teachers and all-around Crazy Ladies (That is a compliment) This is my way of saying "Thank You" to the Angels.**

Tibby and Tamara give me miracles (ideas). Tibby's profession was that of a therapist, not my therapist but boy has she has been good for my psyche. Tamara's profession was that of a teacher and she is an excellent teacher. They constantly force me to think outside the box and to reevaluate what paths I am taking with my quest to save Mankind. They force me to justify my positions. **Mankind owes them a big debt of gratitude.** No one over the last twenty years has talked to me about what I am doing. They are the only People/Angels brave enough. Their coming into my life four years ago is a bizarre story. I like to think it was divine. God sent them when I needed them most. *[In ancient Greek religion and mythology, the Muses are the inspirational goddesses of literature, science, and the arts.]*

- Twenty-Eighth Supplemental Petitions for Rehearing - Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C. Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit.
- Notice 59 - Electronic Privacy Information (EPIC) v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit.
- Motion to Intervene and Join: Application of The Committee on The Judiciary, U.S. House Of Representatives, For an Order Authorizing the Release of Certain Grand Jury Materials - Movant David Andrew Christenson - Civ. No. 1:19–gj–00048–BAH - Chief Judge Beryl A. Howell - District Court, District of Columbia.

Godspeed - Sincerely,
David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com; - dchristenson6@hotmail.com;

## CERTIFICATE OF SERVICE

I hereby certify that on August 9th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson