AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| USA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-CV-1197-LO-TCB |
| Edward Snowden | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Relief - Defendant Macmillan Publishing Group, LLC

Date: 10-22-2019

*Attorney's signature*

Daniel Reing - 73348
*Printed name and bar number*

Davis Wright Tremaine LLP
1919 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006
*Address*

danreing@dwt.com
*E-mail address*

202-973-4200
*Telephone number*

202-973-4499
*FAX number*