IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4

In Case Number 1:19-CV-1197-LO-TCB , Case Name  USA v. Edward Snowden

Party Represented by Applicant:  Relief - Defendant Macmillan Publishing Group, LLC

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please)  Eric Joel Feder
Bar Identification Number  1048522          State        DC
Firm Name  Davis Wright Tremaine LLP
Firm Phone #  202-973-4200          Direct Dial #     202-973-4273          FAX #        202-973-4499
E-Mail Address        ericfeder@dwt.com
Office Mailing Address  1919 Pennsylvania Avenue NW, Suite 800, Washington, DC  20006

Name(s) of federal court(s) in which I have been admitted  See attached list.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am _____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____          10 - 22 - 2019
(Signature)                                                        (Date)
Daniel Reing                                                        73348
_____
(Typed or Printed Name)                                    (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____          _____
(Judge's Signature)                                        (Date)

Eric Feder Court Admissions:

U.S. District Court for the District of Columbia

U.S. District Court for the Southern District of New York

U.S. District Court for the Eastern District of New York

U.S. Court of Appeals for the Second Circuit