**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:19-cv-1197-LO-TCB |
| EDWARD SNOWDEN, | ) |
| Defendant, | ) |
| and | ) |
| MACMILLAN PUBLISHING GROUP, LLC d/b/a HENRY HOLT AND COMPANY, *et al.*, | ) |
| Relief-Defendants. | ) |

**PLAINTIFF'S NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, November 22, 2019, at 10:00 a.m., or as soon thereafter as the Court's business allows, Plaintiff will bring for hearing its Motion for Partial Summary Judgment Against Snowden as to Liability.

Dated:  October 23, 2019        Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General

G. ZACHARY TERWILLIGER
United States Attorney

JAMES M. BURNHAM
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch


/s/ R. Trent McCotter
R. TRENT MCCOTTER
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:     (703) 299-3845
Fax:    (703) 299-3983
Email:   trent.mccotter@usdoj.gov


/s/ Daniel Schwei
DANIEL SCHWEI
Senior Trial Counsel
ANTONIA KONKOLY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Room 12024
Washington, DC 20530
Tel.:    (202) 305-8693
Fax:    (202) 616-8470
Email: daniel.s.schwei@usdoj.gov

*Counsel for the United States*