AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-1197-LO-TCB |
| Edward Snowden | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Edward Snowden

Date: 11/01/2019

/S/ Victor M. Glasberg
*Attorney's signature*

Victor M. Glasberg 16184
*Printed name and bar number*
Victor M. Glasberg & Associates
121 S. Columbus St.
Alexandria, VA 22314

*Address*

vmg@robinhoodesq.com
*E-mail address*

(703) 684-1100
*Telephone number*

(703) 684-1104
*FAX number*