## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EDWARD SNOWDEN,

        Defendant,

and

MACMILLAN PUBLISHING GROUP, LLC d/b/a HENRY HOLT AND COMPANY, *et al.*,

        Relief-Defendants.

Case No. 1:19-cv-1197-LO-TCB

### ORDER

On consideration of the unopposed and consented to motion of defendant Edward Snowden to delay this Court's hearing on plaintiff's motion for summary judgment, extend the time within which to file his answer to plaintiff's complaint and response to plaintiff's motion for summary judgment, and extend the time within which plaintiff would file its reply to defendant's response, it is hereby ORDERED that Defendant's motion be and it hereby is GRANTED. Accordingly, Defendant's answer to the complaint and response to summary judgment may not be filed later than November 20, 2019, plaintiff's reply to defendant's response may not be filed later than December 6, 2019, and the hearing on the motion for summary judgment will take place on December 13, 2019, at 10:00 a.m., or at such other time as may be set by the Court.

Dated: __Nov 6__, 2019

_____
Hon. Liam O'Grady, U.S.D.J.

Liam O'Grady
United States District Judge

2762513.2 116160-101842