IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number **1:19-cv-1197-LO-TCB**, Case Name **United States v. Snowden**
Party Represented by Applicant: **Edward Snowden**

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

NOV – 7 2019

FULL NAME (no initials, please) **Brett Max Kaufman**
Bar Identification Number **4828398**   State **NY**
Firm Name **American Civil Liberties Union Foundation**
Firm Phone # **212.549.2500**   Direct Dial # _____   FAX # **212.549.2654**
E-Mail Address **bkaufman@aclu.org**
Office Mailing Address **125 Broad Street, 18th Floor, New York, NY 10004**

Name(s) of federal court(s) in which I have been admitted **SCOTUS; 2nd, 3rd, 9th, Fed. Cirs.; Dist Cts. for S.D.N.Y., D.D.C., W.D.N.Y**

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not **X** a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)   11/5/19 (Date)
Victor M. Glasberg
(Typed or Printed Name)   (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ✓ or Exemption Granted _____

The motion for admission is GRANTED ✓ or DENIED _____

(Judge's Signature)
Liam O'Grady
United States District Judge

Nov 7, 2019
(Date)