IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EDWARD SNOWDEN,<br><br>　　　　　　Defendant,<br><br>and<br><br>MACMILLAN PUBLISHING GROUP, LLC d/b/a HENRY HOLT AND COMPANY, *et al.*,<br><br>　　　　　　Relief-Defendants. | Case No. 1:19-cv-1197-LO-TCB<br><br>**DECLARATION OF LAWRENCE S. LUSTBERG IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Lawrence S. Lustberg, in accordance with 28 U.S.C. §1746 declare as follows:

1. I am an attorney at law in the States of New Jersey and New York and have been admitted *pro hac vice* before this Court. I am the Co-Chair of Commercial & Criminal Litigation at Gibbons P.C., and Director of the Firm's John J. Gibbons Fellowship in Public Interest & Constitutional Law; I am one of the attorneys for Defendant Edward Snowden in this matter. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called to do so.

2. I submit this declaration in support of Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment.

3. Filed as Exhibits 1-16 attached to Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment, are true and correct copies of the following documents, or true and correct copies of excerpts of such documents:

1


| No. | Exhibit |
|---|---|
| 1 | Glenn Greenwald, *Some Facts About How NSA Stories Are Reported*, Intercept, Mar. 23, 2014, https://theintercept.com/2014/03/23/facts-nsa-stories-reported |
| 2 | Barton Gellman, *Secrecy, Security and Self-Government: An Argument For Unauthorized Disclosures*, Century Found., Sept. 3, 2013, https://tcf.org/content/commentary/secrecy-security-and-self-government-an-argument-for-unauthorized-disclosures |
| 3 | Joe Penney et al., *C.I.A. Drone Mission, Curtailed by Obama, Is Expanded in Africa Under Trump*, N.Y. Times, Sept. 9, 2018, https://nyti.ms/2O43rDA |
| 4 | @realDonaldTrump, Twitter (July 24, 2017, 7:23 PM), https://twitter.com/realDonaldTrump/status/889672374458646528 |
| 5 | Ellen Nakashima & Julie Tate, *Architects of CIA Interrogation Program Settle Lawsuit Brought on Behalf of Brutalized Detainees*, Wash. Post, Aug. 17, 2017, http://wapo.st/2iaGTpu |
| 6 | Steven Aftergood, *Leaks of Classified Info Surge Under Trump*, Secrecy News (Apr. 8, 2019), https://fas.org/blogs/secrecy/2019/04/leaks-surge |
| 7 | Michael Isikoff & Michael B. Kelly, *In Exile, Edward Snowden Rakes in Speaking Fees While Hoping for a Pardon*, Yahoo! News, Aug. 11, 2016, https://www.yahoo.com/news/edward-snowden-making-most-digital-000000490.html |
| 8 | Amy Davidson Sorkin, *Q. & A.: Ali Soufan*, New Yorker, May 16, 2012, https://www.newyorker.com/news/amy-davidson/q-a-ali-soufan |
| 9 | Greg Miller & Julie Tate, *CIA Probes Publication Review Board Over Allegations of Selective Censorship*, Wash. Post, May 31, 2012, http://wapo.st/2iLpUuP |
| 10 | Max Fisher, *Evo Morales's Controversial Flight Over Europe, Minute by Heavily Disputed Minute*, Wash. Post, July 3, 2013, https://wapo.st/2pvpdt4 |
| 11 | Criminal Complaint, *United States v. Snowden*, No. 1:13-CR-265 (CMH) (E.D. Va. June 14, 2013), *available at* https://wapo.st/37iMSOv |
| 12 | Bradford Richardson, *Ex-CIA Director: Snowden Should Be 'Hanged' for Paris*, The Hill (Nov. 19, 2015), https://thehill.com/blogs/blog-briefing-room/260817-ex-cia-director-snowden-should-be-hanged-for-paris |
| 13 | Joe Mullin, *Trump's Pick for CIA Director Has Called for Snowden's Execution*, Ars Technica, Nov. 18, 2016, https://arstechnica.com/tech-policy/2016/11/trumps-pick-for-cia-director-has-called-for-snowdens-execution |
| 14 | Benny Johnson, *America's Spies Want Edward Snowden Dead*, Buzzfeed News, Jan. 16, 2014, https://www.buzzfeednews.com/article/bennyjohnson/americas-spies-want-edward-snowden-dead |
| 15 | Declaration of Edward Snowden |

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 20, 2019.

_____
Lawrence S. Lustberg

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of November, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

R. Trent McCotter
United States Attorney's Office (Alexandria)
2100 Jamieson Ave
Alexandria, VA 22314
(703) 299-3845 (phone)
trent.mccotter@usdoj.gov

Daniel Peter Reing
Davis Wright Tremaine LLP (DC)
1919 Pennsylvania Ave NW
Suite 800
Washington, DC 20006
(202) 973-4200 (phone)
(202) 973-4249 (fax)
danielreing@dwt.com

*/s/ Victor M. Glasberg*
Victor M. Glasberg (#16184)
VICTOR M. GLASBERG
& ASSOCIATES
121 S. Columbus Street
Alexandria, VA 22314
(703) 684-1100 (phone)
(703) 684-1104 (fax)
vmg@robinhoodesq.com

*Counsel for Defendant*