IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>EDWARD SNOWDEN,<br><br>                Defendant,<br><br>and<br><br>MACMILLAN PUBLISHING GROUP, LLC d/b/a HENRY HOLT AND COMPANY, *et al.*,<br><br>                Relief-Defendants. | Case No. 1:19-cv-1197-LO-TCB<br><br>**NOTICE OF CORRECTION** |

      Defendant Snowden, by counsel, respectfully files this notice of correction to confirm his understanding that *United States v. Marchetti*, 466 F.2d 1309 (4th Cir. 1972), was thereafter limited by the Fourth Circuit's decision in *Alfred A. Knopf, Inc. v. Colby*, 509 F.2d 1362, 1370 (4th Cir. 1975), clarifying that something is not in the "public domain" unless there has been "official disclosure" by the government. Mr. Snowden's argument that *Marchetti*, without reference to this limitation, requires a particular reading of the Secrecy Agreements is withdrawn. *See* ECF No. 51 at 2, 17, 24. Counsel apologize for the oversight, which is being corrected immediately on being perceived. In all other regards, including other citations to *Marchetti*, Mr. Snowden stands on his opposition brief of record.

1

Dated:  November 27, 2019

Respectfully submitted,

Edward Snowden *(by Counsel)*

Counsel for Defendant:

*/s/ Victor M. Glasberg*
Victor M. Glasberg (#16184)
VICTOR M. GLASBERG &
   ASSOCIATES
121 S. Columbus Street
Alexandria, VA 22314
(703) 684-1100 (phone)
(703) 684-1104 (fax)
vmg@robinhoodesq.com

Lawrence S. Lustberg
GIBBONS P.C.
1 Gateway Center
Newark, NJ 07102
(973) 596-4731 (phone)
(973) 639-6285 (fax)
llustberg@gibbonslaw.com

Ben Wizner
Brett Max Kaufman
Vera Eidelman
Alexia Ramirez (N.Y. bar
   application pending)
AMERICAN CIVIL LIBERTIES
   UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500 (phone)
(212) 549-2583 (fax)
bwizner@aclu.org
bkaufman@aclu.org
veidelman@aclu.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of November, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

R. Trent McCotter
United States Attorney's Office (Alexandria)
2100 Jamieson Ave
Alexandria, VA 22314
(703) 299-3845 (phone)
trent.mccotter@usdoj.gov

Daniel Peter Reing
Davis Wright Tremaine LLP (DC)
1919 Pennsylvania Ave NW
Suite 800
Washington, DC 20006
(202) 973-4200 (phone)
(202) 973-4249 (fax)
danielreing@dwt.com

*/s/ Victor M. Glasberg*
Victor M. Glasberg (#16184)
VICTOR M. GLASBERG &
    ASSOCIATES
121 S. Columbus Street
Alexandria, VA 22314
(703) 684-1100 (phone)
(703) 684-1104 (fax)
vmg@robinhoodesq.com

*Counsel for Defendant*