IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDWARD SNOWDEN, <br><br> Defendant, <br><br> and <br><br> MACMILLAN PUBLISHING GROUP, LLC d/b/a HENRY HOLT AND COMPANY, *et al.*, <br><br> Relief-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:19-cv-1197-LO-TCB |

**NOTICE OF DISMISSAL**

Plaintiff the United States of America, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice that it is voluntarily dismissing this action without prejudice as against Relief-Defendants HIM Holtzbrinck 37 GmbH and Verlagsgruppe Georg von Holtzbrinck GmbH.

Respectfully Submitted,

DATED: April 10, 2020

JOSEPH H. HUNT
Assistant Attorney General

G. ZACHARY TERWILLIGER
United States Attorney

DAVID M. MORRELL
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

ANTONIA KONKOLY
Trial Attorney
SERENA ORLOFF
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Room 12024
Washington, DC 20530
Tel.:   (202) 305-8693
Fax:    (202) 616-8470


_____/s/_____
LAUREN A. WETZLER
Chief, Civil Division
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:    (703) 299-3752
Fax:    (703) 299-3983
Email:  Lauren.Wetzler@usdoj.gov

*Counsel for the United States*