IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>*Plaintiff,* )<br>)<br>)<br>v. )<br>)<br>EDWARD SNOWDEN, )<br>)<br>*Defendant,* )<br>and )<br>)<br>MACMILLAN PUBLISHING GROUP, LLC d/b/a )<br>HENRY HOLT AND COMPANY, et al., )<br>)<br>*Relief-Defendants.* )<br>) | Civil Action No. 1:19-cv-1197<br>Hon. Liam O'Grady |

## ORDER

This matter comes before the Court on Plaintiff's Notice of Dismissal as to certain defendants, specifically, Relief-Defendants HIM Holtzbrinck 37 GmbH and Verlagsgruppe Georg von Holtzbrinck GmbH. Dkt. 88. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), those defendants are hereby **DISMISSED WITHOUT PREJUDICE.**

It is **SO ORDERED.**

April 14, 2020
Alexandria, Virginia

Liam O'Grady
United States District Judge

1