# EXHIBIT 9

## EDWARD SNOWDEN SPEAKING ENGAGEMENTS 2013-2020

| # | Event date | Host/ Organization | Speaker honorarium | Location | Format/ Link if applicable | Subject/ Title | APB list | Recording Available | Slide or other Visual Displays |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 03/10/14 | | | Austin, TX | https://www.youtube.com/watch?v=UIhS9aB-ggU | | | Y | N |
| 2 | 3/18/2014 | | | | https://www.youtube.com/watch?v=yVwAodrjZMY | APB email re TED talk/ TED Talk with Edward Snowden - Here's How We Take Back the Internet | | Y | Y |
| 3 | 4/8/2014 | | | Europe | https://www.youtube.com/watch?v=3f8Lunf1a2w | PACE Testimony | | Y | N |
| 4 | 6/3/2014 | | | | | Interview with Ed Snowden and Glenn Greenwald | | N | |
| 5 | 7/19/2014 | | | NYC | https://www.youtube.com/watch?v=0bB7tTknkDw<br><br>MP4 Video_357 | Hope X Discussion with Daniel Ellsberg and Edward Snowden | Y | Y | N |
| 6 | 10/23/2014 | | | | https://www.youtube.com/watch?v=o_Sr96TFQQE | Lawrence Lessig Interviews Edward Snowden | | Y | N |
| 7 | 12/10/2014 | | | France | https://youtu.be/nVRIVihRJuk | Amnesty Int`ernational France | | Y | N |
| 8 | 12/12/2014 | | | | https://www.youtube.com/watch?v=ajqaASwbIFE&feature=youtu.be | Edward Snowden The Future of Digital Security | | Y | Y |
| 9 | 2/2/2015 | | | Canada | https://www.youtube.com/watch?v=JXplakuhjL8 | WAC Forum Discussion | | Y | N |
| 10 | 2/12/2015 | | | | https://livestream.com/nytimes/events/3800646/videos/76929642 | David Carr Interviews Ed Snowden, Glenn Greenwald, and Laura Poitras | | Y | N |
| 11 | 05/15/19 | | | Las Vegas, NV | | 30-min speech + 20-min Q&A | Y | N | |
| 12 | 2/14/2015 | | | | https://www.youtube.com/watch?v=ySS3oOyYaQ0 | Edward Snowden and Ben Wizner at ACLU Forum | | Y | Y |
| 13 | 2/19/2015 | | | | https://www.youtube.com/watch?v=--spaAfI8-I | | | Y | Y |
| 14 | 03/19/19 | | | London | | speech | Y | N | |
| 15 | 3/18/2015 | | | Germany (Deutche Wells/CeBit) | https://www.youtube.com/watch?v=C3JVWVqtgLQ<br><br>MP4 Video 352 | Edward Snowden and Glenn Greenwald CeBit Conference 2015 | Y | Y | N |
| 16 | 4/20/2015 | | | UK | https://vimeo.com/122731239 | Future Fest 2015 Interview | | Y | N |
| 17 | 5/1/2015 | | | Princeton, NJ | https://www.youtube.com/watch?v=ZyzH-1oyFN0 | Bart Gellman Interviews Ed Snowden | | Y | N |
| 18 | 5/8/2015 | | | Norway | https://youtu.be/QnnrosfspPg | Runa Sandvik Interviews Edward Snowden | | Y | Y |
| 19 | 03/16/18 | | | Rottach-Egern | | | Y | N | |
| 20 | 5/15/2015 | | | | | Whistleblowing and Government Surveillance | | N | |
| 21 | 09/05/15 | | | Norway | https://www.youtube.com/watch?v=g0Ql0t4YBxY | Award Presentation to Snowden | | Y | N |
| 22 | 09/16/15 | | | Hong Kong | | | Y | N | |
| 23 | 09/28/15 | | | Iowa City, IA | | University of Iowa Lecture Committee/Veterans for Peace/ contract | Y | N | |
| 24 | 10/08/15 | | | Nürnberg | MP4 Video 358 | | Y | Y | Y |
| 25 | 11/03/15 | | | Sherbrooke, QC | https://montrealgazette.com/news/edward-snowden-speaks-about-surveillance-and-cybersecurity-at-bishops-university | The Donald Lecture Series | Y | Y | N |

| # | Date | | Location | URL | Topic | | | |
|---|------|---|----------|-----|-------|---|---|---|
| 26 | 11/10/15 | | U.S. | https://www.youtube.com/watch?v=GvcND_koF5g | Whistleblowers sponsored by PEN | | Y | N |
| 27 | 11/12/15 | | Kingston | | | Y | N | |
| 28 | 12/05/15 | | Park City, UT | https://www.youtube.com/watch?v=SVkMlDwXihU & MP4 Video 349 | Technology and Freedom | Y | Y | N |
| 29 | 02/16/16 | | Boulder, CO | | Distinguished Speaker series | Y | N | |
| 30 | 02/17/16 | | Baltimore, MD | | 45-min moderated convo + 45-min moderated Q&A | Y | N | |
| 31 | 02/18/16 | | | | Distinguished Speaker series | | N | |
| 32 | 03/16/16 | | Rust | | | Y | N | |
| 33 | 03/25/16 | | Tucson, AZ | https://vimeo.com/160952562 | Panel Discussion on Privacy and Technology | Y | Y | Y |
| 34 | 11/29/19 | | California | | | Y | N | |
| 35 | 04/05/16 | | Vancouver, B.C. | https://www.youtube.com/watch?v=RLbDKf_6oOQ&list=PLAE6095A3228AAE9E&index=5&t=0s&app=desktop | | Y | Y | Y |
| 36 | 04/05/16 | | Canada | https://www.youtube.com/watch?v=RLbDKf_6oOQ | Ed Snowden: Big Data, Security, and Human Rights | | Y | N |
| 37 | 05/12/16 | | Zurich | https://www.youtube.com/watch?v=dnZ58OLPVQU | Encryption Works; Encryption and other effective measures to protect enterprise | Y | Y | N |
| 38 | 06/01/16 | | Berlin | | Empowering Founders to Build a Web that is Decentralized, Safe, Immutable and Permanent | Y | N | |
| 39 | 06/28/16 | | Roskilde | | Surveillance | Y | N | |
| 40 | 03/14/18 | | Sydney | | 1-hour keynote presentation + 1-hour Q&A | Y | N | |
| 41 | 03/15/18 | | Rust | | 45-min moderated convo | Y | N | |
| 42 | 3/16/2018 | | | | 30-min moderated convo | | N | |
| 43 | 08/27/16 | | Foreign | https://www.youtube.com/watch?v=VCRQHLH47zU | Snowden Speaks on Hillary Clinton, Emails, Trump, and Freedom | Y | Y | N |
| 44 | 09/28/16 | | Delaware, OH | https://www.owu.edu/about/follow-owu/stream-owu/academics/september-28-2016-sagan-national-colloquium-edward-snowden/ | Topic: Data in Our Lives | Y | N | |
| 45 | 09/29/16 | | | | | Y | N | |
| 46 | 10/05/16 | | Washington, D.C. | | | Y | N | |
| 47 | 10/13/2016 | | Newport Beach, CA | | | Y | N | |
| 48 | 03/27/18 | | Camrose, AB | | An Evening with Edward Snowden on Security, Public Life, and research | Y | N | |
| 49 | 8/22/2018 | | | | 45-60-min speech + 15-min Q&A | | N | |
| 50 | 10/24/18 | | Dublin | | 20-minute moderated convo | Y | N | |
| 51 | 10/30/2018 | | | | 45-min keynote + 15-min Q&A | | N | |
| 52 | 11/06/18 | | Tel Aviv | | | Y | N | |
| 53 | 11/08/18 | | Austin, TX | | 1-hour moderated interview | Y | N | |
| 54 | 11/29/18 | | London | | speech | Y | N | |
| 55 | 10/17/16 | | Carefree, AZ | | | Y | N | |
| 56 | 10/18/16 | | Toronto, ON | | | Y | N | |
| 57 | 11/02/16 | | Montreal, QC | https://www.youtube.com/watch?v=NM_aSfnt3po | Privacy and Surveillance | Y | Y | N |
| 58 | 11/10/16 | | | https://www.youtube.com/watch?v=umnA_JTw9p0 | Snowden Live | | Y | Y |

| # | Date | | Location | Link | Title/Description | | | |
|---|---|---|---|---|---|---|---|---|
| 59 | 11/15/16 | ■ | Oakland, CA | https://www.youtube.com/watch?v=BUCCCEKrU8o | Edward Snowden LIVE: Facebook's Role in The Election, The Future of The Surveillance State | Y | Y | N |
| 60 | 11/30/16 | ■ | Columbus, OH | | | Y | N | |
| 61 | 01/09/17 | ■ | Waterloo, ON | | 60 Years of Innovation | Y | N | |
| 62 | 01/17/17 | ■ | Canada | Transcript at https://www.equities.com/nsa-whistleblower-edward-snowden-speaks-at-cantech-investment-conference-2017 | Cantech Investment Conference | | Y | |
| 63 | 08/22/18 | ■ | Sao Paulo | | | Y | N | |
| 64 | 09/12/18 | ■ | Chicago, IL | | | Y | N | |
| 65 | 01/18/17 | ■ | Toronto, ON | | | Y | N | |
| 66 | 01/19/17 | ■ | San Diego, CA | | | Y | N | |
| 67 | 02/01/17 | ■ | Pittsburgh, PA | | A Live Video Conversation with Edward Snowden | Y | N | |
| 68 | 02/16/17 | ■ | Newport Beach, CA | | an evening with ES; moderated Q&A | Y | N | |
| 69 | 03/16/17 | ■ | Middlebury, VT | | opening remarks; moderated discussion; Q&A | Y | N | |
| 70 | 03/21/17 | ■ | Hannover | | opening remarks; moderated discussion | Y | N | |
| 71 | 03/22/17 | ■ | Stockholm | | speech | Y | N | |
| 72 | 04/18/17 | ■ | Williamsburg, VA | https://www.youtube.com/watch?v=CFlVcmvHaKI | Snowden: Democracy Under Surveillance | | Y | Y |
| 73 | 05/09/17 | ■ | Winnipeg | https://www.youtube.com/watch?v=D-GfYS3O5h4 | Axworthy Distinguished Lecture | Y | Y | N |
| 74 | 05/15/17 | ■ | Washington, D.C. | https://oneworldidentity.com/transcript-edward-snowden-speaks-first-annual-know-identity-conference/ | 45-minute interview, with Qs provided in advance | Y | Y | N |
| 75 | 05/22/17 | ■ | Los Angeles, CA | | 30-minute keynote speech | Y | N | |
| 76 | 7/13/2017 | ■ | Estoril, Portugal | https://www.youtube.com/watch?v=VbaEBNLFGpM | Global Migration-The Great Challenge of the Century | | Y | N |
| 77 | 08/16/17 | ■ | Mexico City | | 60-min moderated discussion; 15-min Q&A | Y | N | |
| 78 | 08/22/17 | ■ | Edmonton, AB | | 25-min speech + VIP reception w/ 30-min Q&A | Y | N | |
| 79 | 09/09/17 | ■ | Indianapolis, IN | | 45-min moderated convo + 15-min Q&A | Y | N | |
| 80 | 09/11/17 | ■ | Philadelphia, PA | https://www.youtube.com/watch?v=dxdH8WvFXwA | Conversation with Edward Snowden / 45-min moderated convo + 15-min Q&A | Y | Y | N |
| 81 | 09/16/17 | ■ | St. Louis, MO | | 1-hour "cocktail hour" + 1-hr keynote presentation | Y | N | |
| 82 | 10/06/17 | ■ | Stockholm | | 1-hour keynote | Y | N | |
| 83 | 10/24/17 | ■ | Dublin | | 20-minute moderated convo | Y | N | |
| 84 | 05/30/17 | ■ | Estoril | Video 1: https://www.youtube.com/watch?v=fTB1T2GQm1k  Video 2: https://www.youtube.com/watch?v=lU1Se6xe8CU | 45-minute speech, then 45-minute moderated conversation | Y | Y | N |
| 85 | 11/08/17 | ■ | San Francisco, CA | | 1-hour keynote + 30-min Q&A; VIP meet & greet | Y | N | |
| 86 | 11/13/17 | ■ | Hamburg | | 30-min interview | Y | N | |

| # | Date | | Location | Link | Description | | | |
|---|---|---|---|---|---|---|---|---|
| 87 | 11/21/17 | | Istanbul | https://www.youtube.com/watch?v=d8wQdC67Z9o | | Y | Y | N |
| 89 | 01/29/18 | | New Orleans, LA | | Edward Snowden in Discussion with Ron Suskind | Y | N | |
| 90 | 03/02/18 | | Berlin | MP4 Video 348 | Edward Snowden Interview with Peter Van Valkenburgh | Y | Y | Y |
| 91 | 05/30/19 | | Canada | https://www.youtube.com/watch?v=oizhVJstxC4&t=2s | Edward Snowden Live from Moscow | | Y | Y |
| 92 | 06/26/19 | | San Francisco, CA | | 45-min moderated conversation | Y | N | |
| 93 | 08/20/19 | | Berlin | | 30-min speech + 15-min moderated Q&A | Y | N | |
| 94 | 09/11/19 | | Columbus OH | | 1-hour moderated interview | Y | N | |
| 95 | 09/12/19 | | Columbus, OH | | 1-hour moderated interview | Y | N | |
| 96 | 12/02/19 | | Toronto, ON | | 45-min moderated conversation + Q&A | Y | N | |
| 97 | 01/27/20 | | Ecublens | | 45-min keynote + 45-min moderated Q&A | Y | N | |
| 98 | 05/19/20 | | Cologne | | 30-min speech | Y | N | |
| 99 | 9/27/16 - 10/10/2016 | | | | | | N | |
| 100 | No Date | | N/A | MP4 Video 350 | | Y | Y | N |
| 101 | No Date | | N/A | MP4 Video 351 | | Y | Y | N |

\* = (N/A) Information Not Available