**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>EDWARD SNOWDEN,<br><br>            Defendant,<br><br>and<br><br>MACMILLAN PUBLISHING GROUP, LLC d/b/a HENRY HOLT AND COMPANY, *et al.*,<br><br>            Relief-Defendants. | Case No. 1:19-cv-1197-LO-TCB |

**DEFENDANT SNOWDEN'S RESPONSE TO PLAINTIFF UNITED STATES'
MOTION TO SANCTION EDWARD SNOWDEN FOR HIS REFUSAL TO PARTICIPATE
<u>IN CIVIL DISCOVERY AND MOTION TO SEAL</u>**

      Defendant Edward Snowden, by his counsel, respectfully states that he does not oppose the Motion of the United States to Sanction Edward Snowden for his Refusal to Participate in Civil Discovery or the specific sanctions set forth by the Government in that motion, ECF Nos. 101-102.  Defendant Snowden also does not oppose the Government's Motion to Seal, ECF No. 104, *et seq.*

                                              Respectfully submitted,

                                              EDWARD SNOWDEN

                                              By counsel

Dated:  July 15, 2020

Counsel for Defendant:

/s/ Victor M. Glasberg _____
Victor M. Glasberg, #16184
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
(703) 684-1100 / Fax: 703-684-1104
Vmg@robinhoodesq.com

/s/ Lawrence S. Lustberg
Lawrence S. Lustberg
GIBBONS P.C.
1 Gateway Center
Newark, NJ 07102
(973) 596-4731 (phone)
(973) 639-6285 (fax)
llustberg@gibbonslaw.com
Appearing *pro hac vice*