

# Akin Gump
STRAUSS HAUER & FELD LLP

JAMES E. TYSSE
+1 202.887.4571/fax: +1 202.887.4288
jtysse@akingump.com

July 17, 2020

VIA HAND DELIVERY

Fernando Galindo, Clerk of Court
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Clerk's Office
Alexandria, VA 22314

Re:   *United States of America v. Edward Snowden, et al.*,
      No. 1:19-cv-01197-LO-TCB,
      Some Pleadings Filed Under a Motion for Leave to File Under Seal

Dear Mr. Galindo:

Enclosed for filing in the above-referenced matter, please find an original of Non-Party American Program Bureau's:

1. Response in Support of Motion to Seal;

2. Memorandum in Support of Response in Support of Motion to Seal, Exhibit A (redacted), and Exhibit B (redacted); and

3. Proposed Order.

Also enclosed for filing **under seal** in the above-referenced matter, please find an original of Non-Party American Program Bureau's:

4. Under Seal – Exhibit A (unredacted) and Under Seal – Exhibit B (unredacted).

Sincerely,

/s/ James E. Tysse
James E. Tysse

Enclosures



**Akin Gump**
STRAUSS HAUER & FELD LLP

Fernando Galindo, Clerk of Court
Albert V. Bryan U.S. Courthouse
July 17, 2020
Page 2

Cc:    Mark J. MacDougall
        Abbey McNaughton