IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD SNOWDEN,<br><br>Defendant,<br><br>and<br><br>MACMILLAN PUBLISHING GROUP, LLC d/b/a HENRY HOLT AND COMPANY,<br><br>Relief-Defendant. | Case No. 1:19-cv-1197-LO-TCB |

**JOINT NOTICE OF WAIVER OF HEARING**

Please take notice, that pursuant to Local Rule 7(E), Plaintiff United States and Defendant Edward Snowden jointly waive oral argument in connection with their Joint Motion to Set Summary Judgment Briefing Schedule in Lieu of Holding the Final Pretrial Conference.

Dated:  August 3, 2020          Respectfully Submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

DAVID MORRELL
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

ANTONIA KONKOLY
Trial Attorney
SERENA ORLOFF
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Room 11110
Washington, DC 20530
Tel.:	(202) 514-2395
Fax:	(202) 616-8470
Email: antonia.konkoly@usdoj.gov


	/s/ Lauren A. Wetzler
LAUREN A. WETZLER
Chief, Civil Division
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:	(703) 299-3752
Fax:	(703) 299-3983
Email:	Lauren.Wetzler@usdoj.gov

*Counsel for the United States*

LAWRENCE S. LUSTBERG
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102
(973) 596-4731/Fax: (973) 639-6285
llustberg@gibbonslaw.com


/s/ Victor M. Glasberg
Victor M. Glasberg, #16184
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
(703) 684-1100 / Fax: 703-684-1104
vmg@robinhoodesq.com

*Counsel for Defendant Edward Snowden*