IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EDWARD SNOWDEN, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> MACMILLAN PUBLISHING GROUP, LLC ) <br> d/b/a HENRY HOLT AND COMPANY, ) <br> ) <br> Relief-Defendant. ) | Case No. 1:19-cv-1197-LO-TCB |

### ORDER

This matter comes before the Court on Plaintiff United States and Defendant Edward Snowden's Joint Motion to Set Summary Judgment Briefing Schedule in Lieu of Holding the Final Pretrial Conference. Upon consideration of the motion, and for good cause shown, it is hereby

ORDERED that the final pretrial conference presently scheduled for August 7, 2020, as well the parties' corresponding obligation to file and exchange trial witness and exhibit lists on the same day, are hereby vacated; and it is further

ORDERED that United States shall file a motion for summary judgment on the question of remedies and accompanying memorandum in support thereof on or before September 11, 2020; and it is further

ORDERED that Defendant Snowden shall file any opposition to the United States' motion for summary judgment and cross-motion of his own with a single memorandum on or before October 2, 2020; and it is further

ORDERED that the United States shall file a single memorandum containing its reply arguments in support of its own motion and, if applicable, in opposition to Defendant Snowden's cross-motion, on or before October 16, 2020; and it is further

ORDERED that Defendant Snowden shall file a reply memorandum in support of his cross-motion on or before October 23, 2020; and it is further

ORDERED that the United States and, if applicable, Defendant Snowden shall notice their respective motions for hearing on October 30, 2020.

Date: August 4, 2020

Hon. Liam O'Grady
U.S. District Judge