**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:19-cv-1197-LO-TCB |
| | ) |
| EDWARD SNOWDEN, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| MACMILLAN PUBLISHING GROUP, LLC | ) |
| d/b/a HENRY HOLT AND COMPANY, | ) |
| | ) |
| Relief-Defendant. | ) |

**PLAINTIFF'S NOTICE OF FILING**

PLEASE TAKE NOTICE that, pursuant to the Court's Order of August 7, 2020, Dkt. No. 121, Plaintiff United States of America is filing a partially un-redacted version of Exhibit 8 to its Motion to Sanction Edward Snowden for his Refusal to Participate in Civil Discovery ("Sanctions Motion"), *see* Dkt. No. 102 (Sanctions Motion); Dkt. No. 102-8 (redacted version of Exhibit 8 thereto) ("Exhibit 8"). In compliance with a protective order entered in the U.S. District Court for the District of Massachusetts, as well as Local Civil Rule 5, the version of Exhibit 8 originally filed at Dkt. No. 102-8 redacts several categories of information; concurrently with its Sanctions Motion, the United States filed an unredacted version of this exhibit under seal, *see* Dkt. Nos. 105-106. In its Order of August 7, 2020, Dkt. No. 121, the Court directed that the United States re-file a version of Exhibit 8 that un-redacts the "Client"

and "Speaker honorarium" columns of this exhibit. *Id.* at 6. The United States makes the instant filing in compliance with this directive, and attaches hereto a version of Exhibit 8 that un-redacts the specified fields.

Dated:  August 14, 2020                                Respectfully Submitted,

                                              ETHAN P. DAVIS
Acting Assistant Attorney General

DAVID MORRELL
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

ANTONIA KONKOLY
Trial Attorney
SERENA ORLOFF
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Room 11110
Washington, DC 20530
Tel.:     (202) 514-2395
Fax:     (202) 616-8470
Email: antonia.konkoly@usdoj.gov


                    */s/ Lauren A. Wetzler*
LAUREN A. WETZLER
Chief, Civil Division
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:       (703) 299-3752
Fax:      (703) 299-3983
Email:   Lauren.Wetzler@usdoj.gov

-3-

*Counsel for the United States*

-3-

*Counsel for the United States*

-4-

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2020, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                           */s/ Lauren A. Wetzler*
                                        LAUREN A. WETZLER