# EXHIBIT 8

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| AMERICAN PROGRAM BUREAU, INC., | |
| *Plaintiff,* | Case No. 1:20-mc-91250 |
| v. | |
| UNITED STATES OF AMERICA, | |
| *Defendant.* | |
| UNITED STATES OF AMERICA | |
| *Plaintiff,* | |
| v. | This Document Relates To: |
| | Civil Action No. 1:19-cv-01197-LO-TCB |
| EDWARD SNOWDEN, | in the United States District Court for the |
| | Eastern District of Virginia |
| *Defendant.* | |

## DECLARATION OF ROBERT P. WALKER

I, ROBERT P. WALKER, being over the age of eighteen years and otherwise competent to make this declaration, declare that the following is based on my personal knowledge and is true and correct:

1.       I am the President and Chief Executive Officer of American Program Bureau, Inc., a corporation organized under the laws of the Commonwealth of Massachusetts with its principal offices located at One Gateway Center, Suite 751, Newton, MA 02458 ("APB").

2.       Attached to this Declaration is a spreadsheet, consisting of three (3) pages under the caption "Edward Snowden Speaking Engagements 2015 – 2020" (the "ES Spreadsheet") that

1

was prepared by the Vice President and Controller of APB who reports directly to me as President and Chief Executive Officer.

3.      In my capacity as Chief Executive Officer of APB, I am responsible for and familiar with the accounting and financial activity of APB and for the books and records maintained by the company in the ordinary course of business.

4.      The ES Spreadsheet reflects a total of sixty-seven (67) individual speaking engagements booked by APB directly, or through its affiliate Open Mic Management, for Edward Snowden between September 16, 2015 and May 19, 2020 which constitute all of such engagements booked for Edward Snowden by or through APB (including through Open Mic Management).

5.      With respect to each speaking engagement, the ES Spreadsheet provides (a) the date of the engagement, (b) the name of the party responsible for the engagement (the "APB Client"), (c) the amount paid to APB or Open Mic Management pursuant to the contract executed for each engagement, (d) the "speaker honorarium" reflecting the amount payable to Edward Snowden, (e) the commission payable to APB or Open Mic Management and (f) the geographic location of each engagement.

6.      Each of the entries on the ES Spreadsheet were made at or near the time of the event or activity reflected therein.

7.      The ES Spreadsheet and all entries reflected therein were made by – or from information transmitted by – myself or another employee of APB working under my supervision with personal knowledge of the content thereof and who reported such knowledge in the ordinary course of business.

8.      The ES Spreadsheet and all entries reflected therein are of the kind routinely made and kept in the regular course of business by APB.

9.      The ES Spreadsheet and all entries reflected therein were in the regular course of business activity by APB.

10.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Robert P. Walker

Dated this 25 day of June, 2020.

3

EDWARD SNOWDEN SPEAKING ENGAGEMENTS 2015-2020

| Event date | Contract | Client | Gross | Speaker honorarium | APB Net | Moderator | Location | |
|---|---|---|---|---|---|---|---|---|
| 09/16/15 | 64466 | CLSA Ltd. | ■ | $50,000 | | | Hong Kong | |
| 09/28/15 | 64655 | University of Iowa | ■ | $3,000 | ■ | | Iowa City | IA |
| 10/08/15 | 64631 | NurnbergMesse GmbH | | $25,000 | ■ | | Nürnberg | |
| 11/03/15 | 64449 | Bishops University | | $16,000 | ■ | | Sherbrooke | QC |
| 11/12/15 | 65001 | Queen's University | | $10,000 | | | Kingston | |
| 12/05/15 | 64478 | Park City Performing Arts Foundation | | $30,000 | | | Park City | UT |
| 02/16/16 | 64623 | University of Colorado Boulder | | $28,000 | | | Boulder | CO |
| 02/17/16 | 64825 | Johns Hopkins University | | $20,000 | | | Baltimore | MD |
| 03/16/16 | 65297 | WorldHostingDays GmbH | | $17,000 | | | Rust | |
| 03/25/16 | 65527 | University of Arizona Foundation | | $16,000 | | | Tucson | AZ |
| 04/05/16 | 64556 | Simon Fraser University | | $20,000 | | | Vancouver | B.C. |
| 05/12/16 | 65728 | AVANTEC | | $25,000 | | | Zurich | |
| 06/01/16 | 66455 | BlueYard (BY Capital Management GmbH) | | $24,000 | | | Berlin | |
| 06/28/16 | 66569 | Evil Twin Booking | | $16,000 | | | Roskilde | |
| 09/28/16 | 66088 | Ohio Wesleyan University | | $12,000 | | | Delaware | OH |
| 09/29/16 | 66709 | Piston - Kuwait | | $35,000 | | ■ | TBD | |
| 10/05/16 | 64894 | Georgetown University | | $12,000 | | | Washington | DC |
| 10/13/16 | 66134 | GDA Speakers | | $18,000 | | | Newport Beach | CA |
| 10/17/16 | 65927 | IDT911 | | $18,000 | | | Carefree | AZ |
| 10/18/16 | 64682 | SecTor | | $18,000 | | | Toronto | ON |
| 11/02/16 | 66510 | McGill University | | $12,000 | | | Montreal | QC |
| 11/15/16 | 67706 | Fusion Media Network, LLC | | $10,000 | | | Oakland | CA |
| 11/30/16 | 67035 | Gotham Artists | | $20,000 | | | Columbus | OH |
| 01/09/17 | 67713 | University of Waterloo | | $25,000 | ■ | | Waterloo | ON |
| 01/18/17 | 68051 | Global Speakers Agency - NSB Canada | | $25,000 | | | Toronto | ON |
| 01/19/17 | 66664 | GDA Speakers | | $18,000 | | | San Diego | CA |
| 02/01/17 | 67694 | University of Pittsburgh | | $15,000 | | | Pittsburgh | PA |
| 02/16/17 | 68205 | GDA Speakers | | $18,000 | | | Newport Beach | CA |
| 03/16/17 | 67539 | Middlebury College | | $18,000 | | | Middlebury | VT |
| 03/21/17 | 67905 | Deutsche Messe AG | | $22,000 | | | Hannover | |
| 03/22/17 | 67574 | Talarforum i Skandinavien AB | | $20,000 | | | Stockholm | |
| 05/09/17 | 68831 | University of Winnipeg | | $20,000 | ■ | | Winnipeg | |
| 05/15/17 | 68516 | One World Idenity | | $25,000 | | | Washington | DC |
| 05/22/17 | 68466 | GDA Speakers | | $10,000 | | | Los Angeles | CA |
| 05/30/17 | 68012 | Associacao Turismo de Cascais | | $32,000 | ■ | | Estoril | |
| 08/16/17 | 69592 | Televisa S.A. de C.V. | | $17,000 | ■ | | Mexico City | |

| Date | Number | Name | | Amount | | | City | State |
|------|--------|------|---|--------|---|---|------|-------|
| 08/22/17 | 69477 | Get Motivated Events | ███ | $30,000 | ███ | | Edmonton | AB |
| 09/09/17 | 67842 | Young Presidents' Organization | | $20,000 | | | Indianapolis | IN |
| 09/11/17 | 69286 | Free Library of Philadelphia | | $16,800 | | | Philadelphia | PA |
| 09/16/17 | 68304 | GDA Speakers | | $18,000 | | | St. Louis | MO |
| 10/06/17 | 67378 | Talarforum i Skandinavien AB | | $20,000 | | | Stockholm | |
| 10/24/17 | 70127 | ICTTF Ltd | | $15,000 | | | Dublin | |
| 11/08/17 | 69839 | CURRAN LIVE, LLC | | $18,000 | | | San Francisco | CA |
| 11/13/17 | 69007 | London Speaker Bureau | | $20,000 | | | Hamburg | |
| 11/21/17 | 70290 | London Speaker Bureau | | $15,000 | | | Istanbul | |
| 01/29/18 | 70692 | Tulane University | | $18,000 | | | New Orleans | LA |
| 03/02/18 | 70182 | Blockstack | | $20,000 | | | Berlin | |
| 03/14/18 | 68812 | GOA Speakers | | $18,000 | | | Sydney | |
| 03/15/18 | 71528 | WorldHostingDays GmbH | | $16,000 | | | Rust | |
| 03/16/18 | 70331 | London Speaker Bureau | | $15,000 | | | Rottach-Egern | |
| 03/27/18 | 70122 | University of Alberta | | $18,000 | | | Camrose | AB |
| 08/22/18 | 71660 | Hiria | | $15,000 | | | Sao Paulo | |
| 09/12/18 | 70797 | YPO Windy City | | $18,000 | | | Chicago | IL |
| 10/24/18 | 70139 | ICTTF Ltd | | $20,000 | | | Dublin | |
| 11/06/18 | 72172 | Windman LTD | | $15,000 | | | Tel Aviv | |
| 11/08/18 | 70701 | Young Presidents Organization Austin | | $18,000 | | | Austin | TX |
| 11/29/18 | 73019 | PSBE Cyber News Group | | $13,500 | | | London | |
| 03/19/19 | 73047 | PSBE Cyber News Group | | $21,500 | | | London | |
| 05/15/19 | 72973 | UNLEASH | | $18,000 | | | Las Vegas | NV |
| 06/26/19 | 74636 | BTC Media | | $15,000 | | | San Francisco | CA |
| 08/20/19 | 74728 | Web3 Technologies Foundation | | $20,000 | | | Berlin | |
| 09/11/19 | 73332 | YPO Columbus | | $16,000 | | | Columbus | OH |
| 09/12/19 | 73425 | Entrepreneurs' Organization | | $16,000 | | | Columbus | OH |
| 11/29/19 | 76106 | Piston-KW | | $10,000 | | | California | |
| 12/02/19 | 74197 | Colleges Ontario | | $14,000 | | | Toronto | ON |
| 01/27/20 | 76220 | Ecole Polytechnique Federale de Lausanne (EPFL) | | $18,000 | | | Ecublens | |
| 05/19/20 | 77113 | Deutsche Telekom - Digital X | | $10,000 | | | Cologne | |
| | | | | $1,255,800 | | $15,000 | | |

A variance in the amount of $185,200 exists with respect to the aggregate value of the income reported on the Forms 1099 issued to Mr. Snowden for the relevant reporting periods plus the honoraria for 2020, and the sum of the total reported speaker honoraria.  APB cannot locate in its records a Form 1099 issued to Mr. Snowden for 2015.  Additionally, an internal APB email attachment indicates that a contribution to the Freedom of the Press Foundation made at the request of Mr. Snowden before November 2017 accounts for $35,000 of this variance. Together the honoraria reportedly earned in 2015 ($134,000) and the $35,000 contribution account for $169,000 of the variance.  The remaining $16,200 is believed to also have been distributed as one or more charitable contributions at Mr. Snowden's request, although documentation to support that conclusion cannot be located.  This spreadsheet was prepared by the Vice President and Controller of American Program Bureau, Inc.