# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cv-1197 (LO/TCB) |
| ) | |
| EDWARD SNOWDEN, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| MACMILLAN PUBLISHING GROUP, LLC ) | |
| d/b/a HENRY HOLT AND COMPANY, *et al.*, ) | |
| ) | |
| Relief-Defendants. ) | |
| ) | |

## ORDER

Upon consideration of Motion to Withdraw Abbey E. McNaughton (Dkt. 124), and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that Abbey E. McNaughton is **WITHDRAWN** as counsel of record.

ENTERED this 11th day of September, 2020.

/s/
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia