**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|           ) | |
|         *Plaintiff,*      ) | |
|           ) | |
|     v.           ) | |
|           ) | |
| EDWARD SNOWDEN,        ) | Civil Action No. 1:19-cv-1197 |
|           ) | Hon. Liam O'Grady |
|         *Defendant,*     ) | |
| and           ) | |
|           ) | |
| MACMILLAN PUBLISHING GROUP, LLC d/b/a    ) | |
| HENRY HOLT AND COMPANY, et al.,     ) | |
|           ) | |
|      *Relief-Defendants.*    ) | |

## <u>ORDER</u>

This matter comes before the Court on Plaintiff United States and Defendant Edward Snowden's Joint Motion to Extend Time. Upon consideration of the motion, and for good cause shown, it is hereby:

**ORDERED** that the motion is **GRANTED.** The parties' time to complete any discussions regarding a possible stipulated judgment is extended by seven days, through and including September 18, 2020. It is further

**ORDERED** that, if the parties do not file a stipulated proposed judgment on or before September 18, 2020:

(1) The United States shall file its motion for summary judgment on the question of remedies and accompanying memorandum in support thereof on or before September 18, 2020;

1

(2)  Mr. Snowden shall file any opposition to the United States' motion for summary

judgment and cross motion for summary judgment on or before October 9, 2020;

(3)  The United States shall file any reply on or before October 23, 2020;

(4)  Mr. Snowden shall file any reply on or before October 30, 2020; and

(5)  The parties shall notice any hearing on their motions for summary judgment for

November 7, 2020.


It is **SO ORDERED.**


September 15, 2020
Alexandria, Virginia

Liam O'Grady
United States District Judge