# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EDWARD SNOWDEN, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> MACMILLAN PUBLISHING GROUP, LLC ) <br> d/b/a HENRY HOLT AND COMPANY, ) <br> ) <br> Relief-Defendant. ) | Case No. 1:19-cv-1197-LO-TCB |

## JOINT MOTION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT EDWARD SNOWDEN

In order to facilitate the conclusion of proceedings before this Court without the need for summary judgment motion practice or trial, the parties hereby jointly request that the Court enter a Final Judgment and Permanent Injunction against Defendant Edward Snowden in the form attached hereto as Exhibit A. In stipulating to the entry of this Final Judgment and Permanent Injunction, the parties do not amicably resolve all of their differences this matter.  Instead, the attached form of Final Judgment embodies the parties' agreement as to the relief that flows from the Court's earlier summary judgment ruling on liability, *United States v. Snowden*, No. 1:19-CV-1197, --- F. Supp. 3d ---, 2019 WL 8333546 (E.D. Va. Dec. 17, 2019), and the Court's ruling imposing discovery sanctions pursuant to Fed. R. Civ. P. 37, and thus would likely be granted the United States upon summary judgment motion practice.  Accordingly, each party maintains

its respective litigation positions and reserves all rights with regard to the issues of liability presented in the earlier summary judgment filings, ECF Nos. 21-22, 51-52, 58. Defendant Snowden expressly reserves his right to appeal from the Court's December 17, 2019 liability ruling, and if he obtains any favorable ruling on appeal, reserves all rights as to the effect of that ruling on each and every provision of the attached Final Judgment; however, execution of such Judgment shall not be stayed pending any appeal.  All rights with regard to the enforcement of such Final Judgment in the future are likewise reserved.

                                              Respectfully Submitted,

DATED: September 18, 2020        JEFFREY BOSSERT CLARK
                                         Acting Assistant Attorney General

                                           G. ZACHARY TERWILLIGER
                                           United States Attorney

                                           ALEXANDER K. HAAS
                                           Director, Federal Programs Branch

                                           ANTHONY J. COPPOLINO
                                           Deputy Director, Federal Programs Branch

                                           ANTONIA KONKOLY
                                           Trial Attorney
                                           SERENA ORLOFF
                                           Trial Attorney
                                           United States Department of Justice
                                           Civil Division, Federal Programs Branch
                                           1100 L St. NW, Room 12024
                                           Washington, DC 20530
                                           Tel.:   (202) 305-8693
                                           Fax:   (202) 616-8470
                                           Email: antonia.konkoly@usdoj.gov


                                                 */s/ Lauren A. Wetzler*
                                           LAUREN A. WETZLER
                                           Chief, Civil Division
                                           Assistant United States Attorney

        Office of the United States Attorney
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Tel:    (703) 299-3752
        Fax:   (703) 299-3983
        Email:  Lauren.Wetzler@usdoj.gov

*Counsel for the United States*


LAWRENCE S. LUSTBERG
Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102
(973) 596-4731/Fax: (973) 639-6285
llustberg@gibbonslaw.com


/s/ Victor M. Glasberg
Victor M. Glasberg, #16184
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
(703) 684-1100 / Fax: 703-684-1104
vmg@robinhoodesq.com


*Counsel for Defendant Edward Snowden*