IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EDWARD SNOWDEN,<br><br>    Defendant,<br><br>and<br><br>MACMILLAN PUBLISHING GROUP, LLC<br>d/b/a HENRY HOLT AND COMPANY,<br><br>    Relief-Defendant. | Case No. 1:19-cv-1197-LO-TCB |

**ADDENDUM A**[*]

| | Host/Source | Date | Amount |
|---|---|---|---|
| 1 | Wired – Interview with James Bamford | 8/13/2014 | $18,000[*] |
| 2 | Harvard University | 10/23/2014 | $18,000[*] |
| 3 | CATO Institute | 12/12/2014 | $18,000[*] |
| 4 | The World Affairs Conference | 2/2/2015 | $18,000[*] |
| 5 | ACLU Davis-Levin Conference | 2/14/2015 | $18,000[*] |
| 6 | Int'l Students for Liberty Conference | 2/19/2015 | $18,000[*] |
| 7 | CeBIT Global Conferences 2015 | 3/18/2015 | $18,000[*] |
| 8 | Future Fest | 4/20/2015 | $18,000[*] |
| 9 | Princeton University | 5/1/2015 | $18,000[*] |
| 10 | Nordic Media Festival | 5/8/2015 | $18,000[*] |
| 11 | Nurnberg Messe GmbH | 10/8/2015 | $25,000 |
| 12 | Bishops University | 11/3/2015 | $16,000 |
| 13 | PEN – Newseum | 11/10/2015 | $18,000[*] |
| 14 | Queen's University | 11/12/2015 | $10,000 |
| 15 | Park City Performing Arts Foundation | 12/8/2015 | $30,000 |
| 16 | University of Colorado, Boulder | 2/16/2016 | $28,000 |
| 17 | Johns Hopkins University | 2/17/2016 | $20,000 |
| 18 | Liberty Forum Free State Project | 2/20/16 | $18,000[*] |
| 19 | WorldHostingDays - GmbH | 3/16/2016 | $17,000 |

| 20 | University of Arizona Foundation | 3/25/2016 | $16,000 |
|---|---|---|---|
| 21 | Simon Fraser University | 4/5/2016 | $20,000 |
| 22 | Evil Twin Booking, Roskilde | 6/28/2016 | $16,000 |
| 23 | McGill University | 11/2/2016 | $12,000 |
| 24 | Start Page | 11/10/2016 | $18,000[*] |
| 25 | University of Waterloo | 1/9/2017 | $25,000 |
| 26 | CANTECH | 1/17/2017 | $18,000[*] |
| 27 | Middlebury College | 3/16/2017 | $18,000 |
| 28 | Free Library of Philadelphia | 3/11/2017 | $16,800 |
| 29 | William and Mary College | 4/8/2017 | $18,000[*] |
| 30 | One World Identity for K(NOW) Identity | 5/15/2017 | $25,000 |
| 31 | Estoril Global, Portugal | 7/13/2017 | $18,000[*] |
| 32 | London Speakers Bureau for Innovera | 11/21/2017 | $15,000 |
| 33 | Tulane University | 1/29/2018 | $18,000 |
| 34 | Blockstack Signature Berlin | 3/2/2018 | $20,000 |
| 35 | University of Alberta | 3/27/2018 | $18,000 |
| 36 | Windman LTD, Tel Aviv | 11/6/2018 | $15,000 |
| 37 | Dalhousie University | 5/30/2018 | $18,000[*] |
| 38 | BTC Media, San Francisco | 6/29/2019 | $15,000 |
| 39 | Web3 Technologies Foundation, Berlin | 9/24/2019 | $20,000 |
| 40 | Columbia University | 10/31/2019 | $18,000[*] |
| 41 | WebSummit | 11/4/2019 | $18,000[*] |
| 42 | Campus Party Official | 7/11/2020 | $18,000[*] |
| 43 | Imputed from R. 37 sanction[**] | n/a | $18,000[*] |
| 44 | Imputed from R. 37 sanction[**] | n/a | $18,000[*] |
| 45 | Imputed from R. 37 sanction[**] | n/a | $18,000[*] |
| 46 | Imputed from R. 37 sanction[**] | n/a | $18,000[*] |
| 47 | Imputed from R. 37 sanction[**] | n/a | $18,000[*] |
| 48 | Imputed from R. 37 sanction[**] | n/a | $18,000[*] |
| 49 | Imputed from R. 37 sanction[**] | n/a | $18,000[*] |
| 50 | Imputed from R. 37 sanction[**] | n/a | $18,000[*] |
| 51 | Imputed from R. 37 sanction[**] | n/a | $18,000[*] |
| 52 | Imputed from R. 37 sanction[**] | n/a | $18,000[*] |
| 53 | Imputed from R. 37 sanction[**] | n/a | $18,000[*] |
| 54 | Imputed from R. 37 sanction[**] | n/a | $18,000[*] |
| 55 | Imputed from R. 37 sanction[**] | n/a | $18,000[*] |
| 56 | Imputed from R. 37 sanction[**] | n/a | $18,000[*] |
|  | TOTAL |  | $1,027,800 |

---

[*] In the Court's order granting the United States' motion for discovery sanctions pursuant to Fed. R. Civ. P. 37, the Court held that "[f]or every speech or speaking engagement for which Snowden is liable to the United States under Count Two, but for which the United States lacks evidence of how much Snowden was paid, the Court deems as established that Snowden was

---

paid his median speech earnings, as calculated by the subset of speeches documented in [a spreadsheet the United States obtained through third-party discovery]." ECF No. 120 at 12 ¶ 3. The parties agree that this median amount is $18,000. All speeches on this spreadsheet for which the United States is relying on the sanctions amount are denoted with an asterisk (*).

**As a further discovery sanction, the Court held that, "[f]or the subset of . . . speeches as to which the United States has been unable to locate any public recording or transcription, the Court deems as established that in at least 31% of them . . . [Snowden] displayed slides or other visual aids" that fell within the scope of his prepublication review obligations. ECF No. 120 at 13 ¶ 5. At the time the Court issued its ruling, there were 61 speeches in this subcategory. The United States subsequently updated its list based on further publically available information, and 45 speeches now fall into this category. The parties agree that pursuant to the Court's sanctions ruling, the United States should obtain relief for 31 percent, or 14, of those speeches, and these speeches are denoted with a double asterisk (**).